UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00320-JMS-DML ) |
| CARMEL CLAY SCHOOLS, et al. | ) ) |
| Defendants. | ) ) |

Entry and Order from Initial Pretrial Conference

The parties, by counsel, appeared for an initial pretrial conference on April 7, 2020, with the magistrate judge. The case management plan submitted in this case is approved as modified by the magistrate judge in the margins of the case management plan.

This case is set for a telephone status conference on **July 13, 2020, at 10:30 a.m. (Eastern),** with Magistrate Judge Debra McVicker Lynch. The court will contact counsel by separate email through the court's electronic filing system with the call-in information to be used to participate in the conference.

So ORDERED.

Date: 4/13/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system