# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-00320-JMS-DML |
| | ) |
| CARMEL CLAY SCHOOLS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DEFENDANT CHRIS PLUMB'S MOTION TO DISMISS

Comes now Plaintiff Gabriela Nieves, by counsel, and pursuant to S.D. Ind. L.R. 6-1, respectfully requests an extension of thirty days within which to prepare and file her response to Defendant Chris Plumb's Motion to Dismiss, and in support thereof states as follows:

1. On April 20, 2020, Defendant Chris Plumb filed a Motion to Dismiss for Failure to State a Claim [Dkt. 26] and a Memorandum of Law in support thereof [Dkt. 27].

2. Pursuant to S.D. Ind. L.R. 7-1(c)(2), Plaintiff's response is due on or before May 11, 2020. An extension of 30 days would render a new deadline of June 10, 2020.

3. Ms. Nieves requires additional time to respond to Mr. Plumb's Motion because it asserts that Mr. Plumb was acting within the scope of his employment with Carmel Clay Schools and is therefore immune from suit for negligence. To adequately and accurately respond to this argument, Ms. Nieves's attorneys are working with opposing counsel to schedule the deposition of Mr. Plumb. As of the writing of this Motion, proposed dates for the deposition (which will take place via Zoom) are May 5, 7, or 8, 2020. An extension of thirty days will allow Ms.

Nieves's attorneys to obtain and review the transcript, process the information learned during Mr. Plumb's deposition, and conduct any additional research arising therefrom.

4. Counsel for Mr. Plumb has been contacted about this extension and has no objection to it.

WHEREFORE Plaintiff Gabriela Nieves respectfully moves the Court for an extension of time of thirty days, to and including June 10, 2020, within which to respond to Defendant Chris Plumb's Motion to Dismiss.

Respectfully submitted,

s/ *Jessica A. Wegg*
Jessica A. Wegg, No. 28693-49
Jonathan Little, No. 27421-49
SAEED & LITTLE, LLP
#189 – 133 West Market Street
Indianapolis, IN 46204
(317) 721-9214
jessica@sllawfirm.com
jon@sllawfirm.com

## CERTIFICATE OF SERVICE

I certify that the foregoing paper or pleading was filed with the Court on April 23, 2020 using the CM/ECF System. Service will be made on all registered counsel of record by operation of the same.

s/ *Jessica Wegg*