UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GABRIELA NIEVES,

      Plaintiff,

v.

      Case No: 1:20-cv-00320-JMS-DML

CARMEL CLAY SCHOOLS and RED ROOF INN,

      Defendants.

## ORDER GRANTING DEFENDANT'S LEAVE TO DEPOSE INMATE

Defendant, by counsel, filed *Defendant's Motion for Leave to Depose Inmate* pursuant to Federal Rules of Civil Procedure 30(a)(2)(B).

The Court, being duly advised, now GRANTS the motion.

**IT IS HEREBY ORDERED** that Defendant is granted leave to depose John Goelz, inmate, at the Allenwood Low Federal Correctional Institution in Allenwood, Pennsylvania, at a date to be arranged with the facility until such time as the deposition is concluded.

**IT IS SO ORDERED**.

Date: 6/18/2020

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

COPIES TO:

All Electronically Registered Counsel through CM/ECF

Red Roof Inn, Attn: Jignesh Patel, 6325 South Scatterfield Road, Anderson, IN 46013