UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:20-cv-00320-JMS-DML |
| ) | |
| CARMEL CLAY SCHOOLS ) | |
| RED ROOF INN ) | |
| ) | |
| Defendants. ) | |

**LIMITED APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear, on a limited basis, to respond to the Court's June 18, 2020 order (Doc. 53), in this case as counsel for: "Other Parties to the Settlement Agreement."

Date: July 7, 2020                                    Respectfully Submitted,

/s/ Karl G. Popowics
Karl G. Popowics, 19527-49
GOODIN ABERNATHY, LLP
301 East 38th Street
Indianapolis, IN 46205
kpopowics@goodinabernathy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served using the CM/ECF system.

to:

>Jonathan Little
>Jessica Wegg
>SAEED & LITTLE, LLP
>jon@sllawfirm.com
>jessica@sllawfirm.com
>
>Liberty L. Roberts
>Jessica Schnelker
>CHURCH CHURCH HITTLE + ANTRIM
>lroberts@cchalaw.com
>jschnelker@cchalaw.com
>
>Grover B. Davis
>Scott S. Mandarich
>McCLURE McCLURE & DAVIS
>gbdavis@gbd.law
>smandarich@gbd.law

>/s/ Karl G. Popowics
>Karl G. Popowics, #19527-49
>*Attorney for Other Parties to the Settlement Agreement*

Karl G. Popowics, #19527-49
GOODIN ABERNATHY, LLP
301 East 38th Street
Indianapolis, IN 46205
P:  317-843-2606
kpopowics@goodinabernathy.com