UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00320-JMS-DML ) |
| CARMEL CLAY SCHOOLS, et al. | ) ) |
| Defendants. | ) ) ) |
| OTHER PARTIES TO THE SETTLEMENT AGREEMENT, | ) ) ) ) |
| Intervenor. | ) |

Entry from Status Conference

The parties, by counsel, appeared for a status conference on July 13, 2020, with the magistrate judge. The conference was held and concluded without further order.

Date: 7/14/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system