UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GABRIELA NIEVES,

       Plaintiff,

v.

                                    Case No:  1:20-cv-00320-JMS-DML

CARMEL CLAY SCHOOLS,

       Defendant.

**ORDER GRANTING SECOND AGREED MOTION
TO AMEND THE CASE MANAGEMENT PLAN**

The parties, by counsel, requested that the Case Management Plan [Dkt. 24], entered on April 10, 2020 be amended to adopt the deadline outlined below. The Court being duly advised, now **GRANTS** the parties' request and **ORDERS** that the Case Management Plan be modified to establish the following deadline:

    **III.**    **Pretrial Pleadings and Disclosures**

        G.    Notwithstanding the provisions of paragraph (F) (in Dkt. 74), if a party intends to use expert testimony in connection with a motion for summary judgment to be filed by that party, such expert disclosures must be served on opposing counsel no later than **April 17, 2021**.  If such expert disclosures are served the parties shall confer within 7 days to stipulate to a date for responsive disclosures (if any) and completion of expert discovery necessary for efficient resolution of the anticipated motion for summary judgment.  The parties shall make good faith efforts to avoid requesting enlargements of the dispositive motions deadline and related briefing deadlines.  Any proposed modifications of the CMP deadlines or briefing schedule must be approved by the Court.

This Plan constitutes an Order of the Court.  Failure to comply with an Order of the Court may result in sanctions for contempt, or as provided under Fed. R. Civ. P. 16-1(f), to and including dismissal or default.

1

2

**APPROVED AND SO ORDERED.**

Date: 10/28/2020

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

COPIES TO:   All Electronically Registered Counsel through the Court Electronic filing system