UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GABRIELA NIEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00320-JMS-DML |
| | ) | |
| CARMEL CLAY SCHOOLS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## Order Granting Motion for Discovery Conference (Dkt. 77)

At the request of counsel, the court sets this case for a discovery conference on December 4, 2020 at 10:00 a.m. (Eastern) to be conducted by telephone with Magistrate Judge Debra McVicker Lynch. Counsel should call 877-402-9753, access code 4693226 to participate in the conference.

To assist the court in preparing for the conference, the parties are ordered to file at least one business day before the conference a joint submission that (1) briefly describes, in a few sentences and without argument, the nature of the matters in dispute and (2) to the extent written discovery responses are in dispute, includes as an exhibit the specific responses at issue. The parties should not file the entirety of discovery responses—only those pages containing the responses that are at issue.

So ORDERED.

Date: 11/30/2020

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the court's ECF system