UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GABRIELA NIEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00320-JMS-DML |
| | ) | |
| CARMEL CLAY SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| OTHER PARTIES TO THE SETTLEMENT | ) | |
| AGREEMENT, | ) | |
| | ) | |
| Intervenor. | ) | |

## Entry and Order from Discovery Conference

The parties, by counsel, appeared for a discovery conference on December 4, 2020, with the magistrate judge. The court heard arguments of counsel and provided some guidance.  The parties must make any further submissions they want the court to consider by January 4, 2021.

So ORDERED.

Date: 12/4/2020

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system