UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GABRIELA NIEVES,

        Plaintiff,

v.

                                       Case No: 1:20-cv-00320-JMS-DML

CARMEL CLAY SCHOOLS,

        Defendant.

## PARTIES' JOINT SUBMISSION FOLLOWING DECEMBER 4, 2020 DISCOVERY CONFERENCE

Plaintiff, Gabriela Nieves ("Plaintiff"), and Defendant, Carmel Clay School Corporation ("Defendant"), by their respective counsel and pursuant to the Court's December 4, 2020 Order (Dkt. 80), submit this Joint Report to the Court following the Discovery Conference which took place on December 4, 2020 at 10:00 a.m. before Magistrate Judge Debra McVicker Lynch:

    1.    The parties presented two issues before the Court at the Discovery Conference on December 4, 2020. (*See* Parties' Joint Submission in Advance of Discovery Conference, Dkt. 79.)

    2.    With the guidance from the Court from the Discovery Conference, the parties report that the two issues presented have been resolved to the satisfaction of both parties.

    3.    No further action is needed from the Court on the two issues formally presented. The parties are still discussing the privilege matters and argument informally presented before the Court on December 4, 2020 and will advise if an additional Discovery Conference is needed in the future on this issue. This matter was not part of the Parties' Joint Submission in Advance of Discovery Conference and the parties continue to seek a resolution on this matter.

WHEREFORE, the parties, by the undersigned counsel, respectfully submit this Joint Submission following the Discovery Conference that took place on December 4, 2020 at 10:00 a.m. before Magistrate Judge Debra McVicker Lynch.

      Respectfully submitted,

*/s/ Jonathan Little\**
Jonathan Little
Jessica Wegg
Gaby Olshemski
SAEED & LITTLE, LLP
#189 – 133 West Market Street
Indianapolis, IN 46204
(317) 721-9214
jon@sllawfirm.com
jessica@sllawfirm.com
gaby@sllawfirm.com

*\*Signature affixed with email permission*

*/s/ Jessica Williams Schnelker*
Liberty L. Roberts
Jessica Williams Schnelker
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
T: (317) 773-2190
F: (317) 773-5320
LRoberts@cchalaw.com
JSchnelker@cchalaw.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2021, a true and exact copy of the foregoing was sent electronically to the following counsel of record:

Jonathan Little
Jessica Wegg
Gaby Olshemski
SAEED & LITTLE, LLP
#189 – 133 W. Market St.
Indianapolis, IN 46204
T: 317-721-9214
Email: jon@sllawfirm.com
Email: jessica@sllawfirm.com
Email: gaby@sllawfirm.com

*Attorneys for Plaintiff*

*Jessica Williams Schnelker*

Liberty L. Roberts
Jessica Williams Schnelker
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
T:  (317)773-2190 / F:  (317)773-5320
LRoberts@cchalaw.com
JSchnelker@cchalaw.com