UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, | ) |
|         Plaintiff, | ) |
|         v. | ) No. 1:20-cv-00320-JMS-DML |
| CARMEL CLAY SCHOOLS, | ) |
|         Defendant. | ) |

**TRIAL SETTING AND NOTICE OF FINAL PRETRIAL CONFERENCE**

This cause is hereby set for a Jury Trial before Judge Jane Magnus-Stinson on **May 23, 2022 at 9:00 a.m.** in Room 202 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

A Final Pretrial Conference is also set for **April 28, 2022 at 9:00 a.m.** in Room 202 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Counsel are reminded of the required pretrial preparation deadlines set forth in paragraph VIII of the case management plan.

Counsel are further reminded to review the undersigned's Practices and Procedures, available at docket [6].

Date: January 12, 2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Grover Burton Davis
MCCLURE MCCLURE & DAVIS (Indianapolis)
gbdavis@gbd.law

Matthew J. Elliott
BECKMAN LAWSON, LLP
mje@beckmanlawson.com

Andrew Bentley Janutolo
GOODIN ABERNATHY LLP
ajanutolo@goodinabernathy.com

Jonathan Charles Little
SAEED & LITTLE LLP
jon@sllawfirm.com

Scott Stephen Mandarich
MCCLURE, MCCLURE & DAVIS
smandarich@gbd.law

Karl G Popowics
GOODIN ABERNATHY LLP
kpopowics@goodinabernathy.com

Liberty L. Roberts
CHURCH CHURCH HITTLE & ANTRIM (Noblesville)
lroberts@cchalaw.com

Jessica Williams Schnelker
CHURCH CHURCH HITTLE & ANTRIM (Noblesville)
jschnelker@cchalaw.com

Jessica A. Wegg
SAEED & LITTLE LLP
jessica@sllawfirm.com