UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00320-JMS-DML |
| | ) |
| CARMEL CLAY SCHOOLS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER SETTING DISCOVERY CONFERENCE

    Plaintiff Gabriela Nieves, by counsel, has moved the Court for a telephonic conference with Magistrate Judge Lynch to discuss certain discovery matters. The Court has reviewed Plaintiff's Motion and considered Defendant's objection thereto. Being duly advised in the premises, the Court finds Plaintiff's Motion meritorious and deems that it should be GRANTED.

    The Court sets this case for a discovery conference on February 2, 2021 at 2:30 p.m. (EST) to be conducted by telephone with Magistrate Judge Debra McVicker Lynch. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

    To assist the Court in preparing for the conference, the parties are ordered to file at least one business day before the conference a joint submission that (1) briefly describes, in a few sentences and without argument, the nature of the matters in dispute, and (2) to the extent written discovery responses are in dispute, includes as an exhibit the specific responses at issue. The parties should not file the entirety of discovery responses – only those pages containing the responses that are at issue.

So ORDERED.

Date: 1/14/2021

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution: All ECF-registered counsel of record.