UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GABRIELA NIEVES,

        Plaintiff,

v.

                                      Case No: 1:20-cv-00320-JMS-DML

CARMEL CLAY SCHOOLS,

        Defendant.

---

**ORDER RESETTING FINAL PRETRIAL**
**CONFERENCE AND JURY TRIAL**

This matter having come before the Court upon Defendant's *Motion to Reschedule Final Jury Trial set for May 23, 2022*, and the Court being duly advised in the premises, hereby GRANTS the same.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that:

1. The Jury Trial set to begin on May 23, 2022 is hereby vacated.

2. The Jury Trial is hereby reset to begin on March 21, 2022 at 9:00 a.m.

3. The Final Pretrial Conference set for April 28, 2022 is vacated and reset for February 25, 2022 at 9:00 a.m. Both the trial and final pretrial conference will be held in Courtroom 202, U.S. District Court, 46 E. Ohio Street, Indianapolis, Indiana.

So ORDERED.

Date: 1/29/2021

                                                      Hon. Jane Magnus-Stinson, Chief Judge
                                                      United States District Court
                                                      Southern District of Indiana

COPIES TO:

All Electronically Registered Counsel through the Court Electronic filing system