UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, | ) |
|       Plaintiff, | ) |
|       v. | ) No. 1:20-cv-00320-JMS-DML |
| CARMEL CLAY SCHOOLS, | ) |
|       Defendant. | ) |
| OTHER PARTIES TO THE SETTLEMENT AGREEMENT, | ) |
|       Intervenor. | ) |

## Entry from Discovery Conference

The parties, by counsel, appeared for a discovery conference on February 2, 2021, with the magistrate judge. The conference was concluded without further order.

Date: 2/4/2021

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system