AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA

| GABRIELA NIEVES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-CV-00320-JMS-DML |
| CARMEL CLAY SCHOOLS | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gabriela Nieves.

Date:   04/06/2021

/s/Annemarie Alonso
*Attorney's signature*

Annemarie Alonso #30506-06
*Printed name and bar number*

Saeed & Little, LLP
133 W. Market St. #189
Indianapolis, IN 46204
*Address*

annie@sllawfirm.com
*E-mail address*

(317) 721-9214
*Telephone number*

*FAX number*