UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00320-JMS-DML ) |
| CARMEL CLAY SCHOOLS, | ) ) |
| Defendant. | ) ) |
| OTHER PARTIES TO THE SETTLEMENT AGREEMENT, | ) ) ) ) |
| Intervenor. | ) |

Entry and Order from Settlement Conference

The plaintiff, in person and by counsel, and the defendants, by their authorized representative and by counsel, appeared for a settlement conference on April 2, 2021, with the magistrate judge. The conference was held and concluded without settlement.

Date: 4/6/2021

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record by email through the Court's ECF system