UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No: 1:20-cv-00320-JMS-DML |
| | ) |
| CARMEL CLAY SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING**
**NON-PARTY RAYMOND M. LAWRENCE'S MOTION TO QUASH**
**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

Pursuant to Fed. R. Civ. P. 45(d)(3)(A)(iv), the Court hereby GRANTS *Non-Party Raymond M. Lawrence's Motion to Quash Subpoena to Testify at a Deposition in a Civil Action* in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the *Subpoena to Testify at a Deposition in a Civil Action* served on Mr. Lawrence is hereby quashed.

ALL OF WHICH IS ORDERED THIS _____ DAY OF _____, 2021.

_____
Judge
U.S. District Court, Southern District of Indiana,
Indianapolis Division

DISTRIBUTION TO:

All ECF-registered counsel of record via email generated by the Court's ECF system.