UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00320-JMS-DML ) |
| CARMEL CLAY SCHOOLS, | ) ) |
| Defendant. | ) ) |
| OTHER PARTIES TO THE SETTLEMENT AGREEMENT, | ) ) ) ) |
| Intervenor. | ) ) |
| RAYMOND M LAWRENCE, | ) ) |
| Miscellaneous. | ) |

## Order Setting Response Deadline

Plaintiff Gabriela Nieves is directed to file any response she wishes to make to Raymond M Lawrence's motion to quash subpoena to testify (Dkt. 97) by April 19, 2021.

So ORDERED.

Date: 4/14/2021

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system