Return to:
**BUTLER UNIVERSITY**
**BUREAU OF EDUCATIONAL PLACEMENT**
Indianapolis, Indiana 46208

"I agree that this evaluation may be kept in confidence and shown only to bonafide employers and/or university officials with legitimate interest in reviewing the same. I understand that by entering into this agreement, I am waiving any right of inspection or review of this evaluation which may have been granted under the terms of the Family Education Rights and Privacy Act of 1974."

*Raymond M. Lawrence*
Signature of Candidate

Candidate may waive the right of inspection of this evaluation by signing the statement above. If not signed, the candidate may read the recommendation and this is not a confidential evaluation.

EVALUATION OF **Raymond M. Lawrence**      DATE **10/26/93**

COMMENTS (Please type single-spaced and limit to this page):

Raymond M. Lawrence came to Carmel High School in 1979. He has been varsity head coach for both boys and girls and for our community swim club, the Carmel Swim Club. In these 14 years, he has taken our swim program to what I'd feel confident in saying is the elite swim program in high school swimming in the State of Indiana.

However, I think the most significant part that I'd like to bring out about Ray is his attributes in dealing with young people. He is a great motivator and psycologist. He can be both mother and father. He encourages kids and knows when to have positive reinforcement, and when to get on their case to get them to produce to their potential. Ray has a very rigorous training program and yet kids are eager to be in his program and to excel both as a swimmer and as a student.

Ray's also a very easy person with whom to work. Other coaches and teachers get along well with him. He's flexible, reasonable and is always ready to help.

Having had the opportunity to evaluate Ray as a teacher, I find these same attributes carrying over in the classroom. That's what makes him an excellent teacher, his ability to get along with young people and get them to perform their best.

Ray is always a person who is looking to the future. Anything that he can do to improve himself as a teacher or coach, that would in turn improve the program here at Carmel High School, he's willing to do. I feel that Ray would be an excellent administrator of any type of program because of his enthusiasm and ability to figure out what's needed to improve a program. His people skills, his ability to get along with others and his ability to lead are all positive traits.

We at Carmel High School are very happy to have Ray as a teacher and coach. If any school had the opportunity to have a person of this caliber on their staff, it would amost guarantee the success of any program that he would touch.

NOTE: Statements regarding any individual who has signed the waiver above are strictly CONFIDENTIAL and should under no circumstances, be given or communicated to the candidate. All such statements should be returned, as soon as they have served their purpose, to the address above.

Signature **Eric Clark**      Print name **Eric Clark**
Position title **Assistant Vice Principal - Carmel High School**      Date **10/26/93**
Address **520 E. Main Street**      City/State/Zip **Carmel, IN 46032**
Telephone **(317) 846-7721**

112

Return to:
**BUTLER UNIVERSITY**
**BUREAU OF EDUCATIONAL PLACEMENT**
Indianapolis, Indiana 46208

"I agree that this evaluation may be kept in confidence and shown only to bonafide employers and/or university officials with legitimate interest in reviewing the same. I understand that by entering into this agreement, I am waiving any right of inspection or review of this evaluation which may have been granted under the terms of the Family Education Rights and Privacy Act of 1974."

*Raymond M. Lawrence*
Signature of Candidate

Candidate may waive the right of inspection of this evaluation by signing the statement above. If not signed, the candidate may read the recommendation and this is not a confidential evaluation.

EVALUATION OF __Raymond M. Lawrence__    DATE __October 19, 1993__

COMMENTS (Please type single-spaced and limit to this page):

I have had the pleasure of working with Ray Lawrence since I became principal at Carmel High School in the fall of 1989. During this time I have observed him both as a classroom teacher and a head swimming coach for both boys and girls. Ray is an excellent teacher and is a model of professionalism for the rest of our staff.

When I think of Ray Lawrence three qualities come to mind:

1. Creativity. Ray demonstrates a willingness to take a risk for his students. He often tries unique and innovative strategies in his classroom, and is willing to do "whatever it takes" to do a job well. He also demonstrates his commitment to the individual student through both his strategies and personal relationships with students.

2. Motivational ability. Ray has had exceptional success as the head swimming coach at Carmel High School. His ability to motivate the members of his teams is certainly obvious via the results he has obtained from swimmers, both as teams and as individuals. His ability to motivate students, however, is equally transferred to the classroom. He is often asked by other coaches and staff members to speak to groups for whom they may be responsible.

3. Work ethic. Ray Lawrence exhibits a very intense work ethic. Throughout the time I have know him, Ray has always given 100% to whatever he may be committed. He is truly a "total school" person who has a broad perspective of the needs of both his and other programs, and his willingness to do whatever it takes to do an effective job has been consistently apparent to me.

I believe that Ray will be an effective administrator. As is always the case with a neophyte, he merely lacks actual experience in a particular position. I do believe however, that his years of experience as a teacher and coach will give him a head start on others who may be starting their administrative career. I recommend Ray with much enthusiasm. Feel free to call me if you should have further questions.

NOTE: Statements regarding any individual who has signed the waiver above are strictly CONFIDENTIAL and should under no circumstances, be given or communicated to the candidate. All such statements should be returned, as soon as they have served their purpose, to the address above.

Signature __William H. Duke__    Print name __William H. Duke__
Position title __Principal__                                 Date __October 19, 1993__
Address __520 E. Main Street__    City/State/Zip __Carmel, IN 46032__
Telephone __317-846-7721__

113

Return to:
**BUTLER UNIVERSITY**
**BUREAU OF EDUCATIONAL PLACEMENT**
Indianapolis, Indiana 46208

"I agree that this evaluation may be kept in confidence and shown only to bonafide employers and/or university officials with legitimate interest in reviewing the same. I understand that by entering into this agreement, I am waiving any right of inspection or review of this evaluation which may have been granted under the terms of the Family Education Rights and Privacy Act of 1974."

_Raymond M. Lawrence_
Signature of Candidate

Candidate may waive the right of inspection of this evaluation by signing the statement above. If not signed, the candidate may read the recommendation and this is not a confidential evaluation.

EVALUATION OF __Ray Lawrence__  DATE __1/3/94__

COMMENTS (Please type single-spaced and limit to this page):

In the fourteen plus years that I've known Ray Lawrence, he has epitomized what I consider the exemplary professional.

The following excerpts are from Ray's evaluations over the years:

• Mr. Lawrence challenges students to stretch themselves and strive to do their best; his discussions show a relationship between art, history, music, religion and philosophy as a basis for the complete individual.

• Mr. Lawrence's room displays the diversity which is exhibited in his classroom teaching: a picture of Einstein, great art posters, music posters, humorous bumper stickers, quotations, and sports posters.

• Mr. Lawrence's sense of humor and use of allusion gently prod students to think and relate material to their lives.

• Mr. Lawrence's confidence, motivational skills, planning and understanding of young people make him a master teacher.

Ray Lawrence is a sensitive, socially-minded individual with an innate ability to understand and empathize with people. His perception of others have made him not only well liked and respected but allow him to be at ease with students, peers, and himself. He possesses a unique, creative mind and the warmth and strength needed to be a leader. Ray will not only continue to learn but will teach others through his example.

It is with great enthusiasm that I write this letter of recommendtion for Ray Lawrence.

NOTE: Statements regarding any individual who has signed the waiver above are strictly CONFIDENTIAL and should under no circumstances, be given or communicated to the candidate. All such statements should be returned, as soon as they have served their purpose, to the address above.

Signature __Doug Estell__  Print name __Doug Estell__
Position title __English Department Chair__  Date __1/4/94__
Address __520 E. Main Street__  City/State/Zip __Carmel, In 46032__
Telephone __(317) 846-7721__

114