UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00320-JMS-DML |
| | ) |
| CARMEL CLAY SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

## Order Regarding Briefing of Motion to Quash and Deposition Scheduling

To allow time for non-party Ray Lawrence to file any reply brief in connection with his motion to quash and for the court to rule, the court ORDERS:

1. Any reply brief by Mr. Lawrence must be filed by Monday, **April 26, 2021.**

2. Mr. Lawrence is not required to sit for deposition and produce documents pending the court's ruling.  Any rescheduling is held in abeyance.

So ORDERED.

Dated:  April 20, 2021

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system