UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GABRIELA NIEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No:  1:20-cv-00320-JMS-DML |
| | ) | |
| CARMEL CLAY SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF COURTNEY E. ENDWRIGHT
IN SUPPORT OF MOTION TO QUASH SUBPOENA TO
TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

I, Courtney E. Endwright, hereby state as follows based upon my own personal

knowledge:

1.      I am an attorney licensed to practice in the Southern District of Indiana and

the State of Indiana. I am a senior associate at the law firm of Betz + Blevins. I represent

non-party Raymond M. Lawrence in the above-captioned matter solely as it pertains to the

*Subpoena to Testify at a Deposition in a Civil Action* that was served on Mr. Lawrence by Plaintiff

Gabriela Nieves. I am admitted to practice in this Court.

2.      I have personal knowledge of the following facts or know of such facts by my

review of files maintained by Betz + Blevins in the normal course of practice; if called upon

to do so, I could and would completely testify thereto.

3.      Exhibit 1 to this Declaration is a true and correct copy of an internet archive

of USA Swimming's website, USA Swimming – Individuals Permanently Suspended or

**Exhibit
F**

Ineligible, from the date August 31, 2012 that I pulled from the Wayback Machine, located at https://web.archive.org/.

4.      Per its website, "[t]he Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form." WAYBACK MACHINE, web.archive.org (last visited Apr. 21, 2021).

5.      Today, over 25 years of web history is accessible through the Wayback Machine. *About the Internet Archive*, INTERNET ARCHIVE, https://archive.org/about/ (last visited Apr. 21, 2021). This includes several years of archives from the USA Swimming website.

6.      To obtain the copy of the internet archive attached as Exhibit 1 to this Declaration, I visited the following page on the Wayback Machine:

https://web.archive.org/web/20120831234008/http://www.usaswimming.org/ViewMiscArticle.aspx?TabId=1963&Alias=Rainbow&Lang=en&mid=10011&ItemId=5107.

7.      Exhibit 2 to this Declaration is a true and correct copy of an internet archive of USA Swimming's website, USA Swimming – Individuals Permanently Suspended or Ineligible, from the date October 29, 2012 that I pulled from the Wayback Machine, located at https://web.archive.org/.

8.      To obtain the copy of the internet archive attached as Exhibit 2 to this Declaration, I visited the following page on the Wayback Machine:

https://web.archive.org/web/20121029023740/http://www.usaswimming.org/ViewMiscArticle.aspx?TabId=1963&Alias=Rainbow&Lang=en&mid=10011&ItemId=5107.

9.      Exhibit 3 to this Declaration is a true and correct copy of an internet archive of USA Swimming's website, List of Individuals Permanently Suspended or Ineligible For Membership, from the date July 4, 2020 that I pulled from the Wayback Machine, located at https://web.archive.org/.

10.     To obtain this internet archive from Exhibit 3, I visited the following page on the WayBack Machine:

https://web.archive.org/web/20200704031738/https://www.usaswimming.org/safe-sport/individuals-suspended-or-ineligible.

11.     The following screenshot showing Code of Conduct (1985) – Section 450.1 is a true and accurate copy of USA Swimming's current website, *List of Individuals Permanently Suspended or Ineligible for Membership*, USA SWIMMING, https://www.usaswimming.org/safe-sport/individuals-suspended-or-ineligible (last visited Apr. 21, 2021):



A copy of this Code of Conduct section is also available on Exhibit 3 at pages 26 to 27.

12. The following screenshot showing Code of Conduct (1986-1994) – Section 401.1 is another true and accurate copy of USA Swimming's current website, *List of Individuals Permanently Suspended or Ineligible for Membership*, USA SWIMMING, https://www.usaswimming.org/safe-sport/individuals-suspended-or-ineligible (last visited Apr. 21, 2021):



A copy of this Code of Conduct section is available on Exhibit 3 at page 26.

I declare under the penalties of perjury that the foregoing is true and correct.

Executed this 26th day of April, 2021.

Respectfully submitted,

*s/ Courtney E. Endwright*
Courtney E. Endwright, Atty. No. 30557-49

BETZ + BLEVINS
One Indiana Square, Suite 1660
Indianapolis, Indiana  46204
Phone: (317) 687-2222
Fax: (317) 687-2221
E-mail: litigation@betzadvocates.com

The Wayback Machine - https://web.archive.org/web/20120831234008/http://www.usaswimming.org/ViewMiscArticle.aspx?TabId=1963&Alias=Rainbow&Lang=en&mid=1...



Home / Member Resources / Programs & Services / **Athlete Protection Documents**


BACK ▸

# INDIVIDUALS PERMANENTLY SUSPENDED OR INELIGIBLE



Tweet

**UPDATED 8/31/12**

The following is a list of individuals who have received a lifetime ban, permanently resigned their membership, or been declared permanently ineligible for membership in USA Swimming. The fact that an individual's name does not appear on this list does not necessarily mean that he or she is eligible for membership in, or in good standing with, USA Swimming.

Click on the Code of Conduct section number for full text from the rulebook.

| First Name | Last Name | State | Suspension Date | Code of Conduct Secon |
|---|---|---|---|---|
| Ryan | Adkins | IL | 6/9/2010 | 304.3.4(iii), .15 |
| Keith | Anderson | TN | 2/10/2006 | 304.3.4(i), (iii), .15 |
| Charles | Arabas | AZ | 2/18/2003 | 304.3.4(i), (iii), .15 |
| Aaron | Bartleson | CO | 4/22/2009 | * |
| Khalid | Bouzina | CA | 11/3/2010 | 304.3.4, .15 |
| Steven | Bowman | WI | 10/10/2007 | 304.3.5 |
| Thomas | Burt | OH | 10/9/2008 | 304.3.4 (i) |
| Robert | Caragol | FL | 2/13/2009 | 304.3.4(i), (iii) |
| Kevin | Chapman | OH | 7/16/2008 | 304.3.4(iii), .5 |
| Simon | Chocron | FL | 10/8/2001 | 304.3.4(i), (iii), .5, .15 |
| Ross | Clay | MA | 4/2/2010 | 304.3.5, .15 |
| Joshua | Delcore | IL | 6/11/2004 | 304.3.4(iii), .15 |
| Lincoln | Djang | NM | 1/7/2000 | 304.3.4(iii) |
| Alvin | Drury | CA | 11/8/2002 | 304.3.4(i), (iii), .15 |
| Daniel | Emery | NM | 9/2/2010 | 304.3.4(i), .15 |
| Zoe | Espinola | HI | 9/14/2010 | 304.3.4(i), .15 |
| Michael | Ferguson | CT | 8/22/2003 | 304.3.4(iii), .15 |
| Kenneth | Fuller | MA | 7/31/2012 | 304.3.6, 304.3.18 |
| Rogelio | Gallardo | CA | 10/31/2008 | 304.3.4 (i), (iii) |
| Scott | Gaskins | AZ | 11/5/2010 | 304.3.5, .15 |
| Bernard | Gynan | VA | 1/28/2003 | 304.3.4(i), (iii), .15 |
| Darek | Hahn | CA | 12/5/1991 | * |
| Brian | Hindson | IN | 4/4/2008 | 304.3.4(i), (iii), .5, .15 |
| William | Hudson | DE | 2/21/2012 | 304.3.6(i), (iii), (iv), .17 |
| Pierce | Hunter | CA | 9/22/2011 | 304.3.6(i), (iii) |
| Craig | Ivancic | KS | 11/28/2004 | 304.3.4(i), (iii), .15 |
| Matthew | Jefferis | PA | 8/30/2002 | 304.3.4(i), (iii), .15 |
| Michael | Johnson | MO | 6/13/2011 | 304.3.5, .15 |
| Timothy | Kelly | MA | 10/17/2009 | 304.3.4(i), (iii), .15 |
| Jeremy | Kemeny | SC | 2/10/2003 | 304.3.4(i), (iii), .15 |
| Andrew | King | CA | 7/23/2009 | 304.3.4(i), (iii), .5, .15 |
| Donald | King | OR | 5/11/2009 | 304.3.5, .15 |
| Ray | Lawrence | IN | 3/8/2011 | * |
| Jason Michael | Lear | FL | 1/15/2010 | 304.3.4(i), .5, .15 |
| Jason | Lytle | CA | 3/31/2004 | 304.3.4(i), (iii), .15 |
| David | Margheim | SD | 12/12/2007 | 304.3.11 |
| Donald | McHugh | IL | 10/12/2004 | 304.3.4(iii), .15 |
| Sean | Mendoza | GA | 4/16/2012 | 304.3.5 |
| Diana | Mokler | KY | 2/6/2008 | 304.3.4(i), .11, .15 |
| Douglas | Northway | AZ | 10/22/97 | * |
| Vicki L. | Patterson | WI | 9/29/2010 | 304.3.4(i), .15 |
| Steven | Peltier | NJ | 8/27/2001 | 304.3.4(i), (iii), .15 |
| James | Pooler | AZ | 8/20/2008 | 304.3.4(iii), .5 |
| Michael | Pridemore | SC | 4/23/2004 | 304.3.5, .15 |
| Alan | Rogers | WI | 7/1/2005 | 304.3.4(iii) |
| William | Roggenbihl | CA | 7/11/2000 | 304.3.4(i), .5, .15 |
| Kim | Sargent | TN | 6/3/2010 | 304.3.4(i), .15 |
| William | Scandalis | CA | 11/17/1999 | 304.3.4(i), (iii) |
| Robert | Scheiring | ND | 7/23/2009 | 304.3.4(i), (iii), .15 |
| John | Schwerzler | NJ | 12/1/2004 | 304.3.4(i), (iii), .15 |
| Todd | Sousa | CA | 4/29/2011 | 304.3.6(i), (iii), (iv), .17 |

**Exhibit 1**

| Stephen | Steele | FL | 7/17/2012 | *304.3.6, 304.3.18* |
| Jesse | Stovall | CA | 10/15/2009 | *304.3.5, .15* |
| Melody | Sundbakken | ND | 4/30/2012 | *304.3.6(i); 304.3.13* |
| David | Teel | NC | 4/10/2012 | *304.3.5* |
| William | Tinsley | FL | 7/21/2008 | *304.3.4(i), (iii)* |
| Everett | Uchiyama | CA | 1/31/2006 | *304.3.5, .15* |
| Jeffrey | Vernace | MO | 4/11/2005 | *304.3.4(iii), .15* |
| Robert | Ward | TX | 7/1/2010 | *304.3.4(i), .15* |
| Christopher | Wheat | IN | 12/8/2009 | *304.3.4(i), (iii), .5, .15* |
| Christian | Webb | ND | 3/11/2011 | *304.3.4(i), (iii), .15* |
| Brian | Williams | CA | 2/19/2009 | * |
| Bryan | Woodward | FL | 3/7/2012 | *304.3.6(i), (iii), (iv)* |
| Jeffrey | Woodyard | VA | 9/22/2008 | *304.3.4(i), (iii)* |
| Scott | Woolsey | VT | 10/22/97 | * |
| Michael | Wullschleger | NC | 10/22/2008 | *304.3.4(i)* |

*Occurred prior to current Code of Conduct (Part 3, Page 90), information not available, or no Code of Conduct section applies.*

 BACK ▸

The Wayback Machine - https://web.archive.org/web/20121029023740/http://www.usaswimming.org/ViewMiscArticle.aspx?TabId=1963&Alias=Rainbow&Lang=en&mid=1...



Home / Member Resources / Programs & Services / *Athlete Protection Documents*

 BACK ▶

# INDIVIDUALS PERMANENTLY SUSPENDED OR INELIGIBLE

  

## UPDATED 10/11/12

The following is a list of individuals who have received a lifetime ban, permanently resigned their membership, or been declared permanently ineligible for membership in USA Swimming. The fact that an individual's name does not appear on this list does not necessarily mean that he or she is eligible for membership in, or in good standing with, USA Swimming.

Click on the Code of Conduct section number for full text from the rulebook.

| First Name | Last Name | State | Suspension Date | Code of Conduct Secon |
|---|---|---|---|---|
| Ryan | Adkins | IL | 6/9/2010 | *304.3.4(iii), .15* |
| Keith | Anderson | TN | 2/10/2006 | *304.3.4(i), (iii), .15* |
| Charles | Arabas | AZ | 2/18/2003 | *304.3.4(i), (iii), .15* |
| Aaron | Bartleson | CO | 4/22/2009 | * |
| Khalid | Bouzina | CA | 11/3/2010 | *304.3.4, .15* |
| Steven | Bowman | WI | 10/10/2007 | *304.3.5* |
| Thomas | Burt | OH | 10/9/2008 | *304.3.4 (i)* |
| Robert | Caragol | FL | 2/13/2009 | *304.3.4(i), (iii)* |
| Kevin | Chapman | OH | 7/16/2008 | *304.3.4(iii), .5* |
| Simon | Chocron | FL | 10/8/2001 | *304.3.4(i), (iii), .5, .15* |
| Ross | Clay | MA | 4/2/2010 | *304.3.5, .15* |
| Rick | Curl | MD | 9/18/2012 | *450.1, 450.1, 401.1* |
| Joshua | Delcore | IL | 6/11/2004 | *304.3.4(iii), .15* |
| Lincoln | Djang | NM | 1/7/2000 | *304.3.4(iii)* |
| Alvin | Drury | CA | 11/8/2002 | *304.3.4(i), (iii), .15* |
| Daniel | Emery | NM | 9/2/2010 | *304.3.4(i), .15* |
| Zoe | Espinola | HI | 9/14/2010 | *304.3.4(i), .15* |
| Michael | Ferguson | CT | 8/22/2003 | *304.3.4(i), .15* |
| Kenneth | Fuller | PA | 7/31/2012 | *304.3.6, 304.3.18* |
| Rogelio | Gallardo | CA | 10/31/2008 | *304.3.4 (i), (iii)* |
| Scott | Gaskins | AZ | 11/5/2010 | *304.3.5, .15* |
| Bernard | Gynan | VA | 1/28/2003 | *304.3.4(i), (iii), .15* |
| Darek | Hahn | CA | 12/5/1991 | * |
| Jamie | Hahn | GA | 9/11/2012 | *304.3.6(i), (iii), (iv), 304.3.17, 305.1* |
| Brian | Hindson | IN | 4/4/2008 | *304.3.4(i), (iii), .5, .15* |
| William | Hudson | DE | 2/21/2012 | *304.3.6(i), (iii), (iv), .17* |
| Pierce | Hunter | CA | 9/22/2011 | *304.3.6(i), (iii)* |
| Craig | Ivancic | KS | 11/28/2004 | *304.3.4(i), (iii), .15* |
| Matthew | Jefferis | PA | 8/30/2002 | *304.3.4(i), (iii), .15* |
| Michael | Johnson | MO | 6/13/2011 | *304.3.5, .15* |
| Timothy | Kelly | MA | 10/17/2009 | *304.3.4(i), (iii), .15* |
| Jeremy | Kemeny | SC | 2/10/2003 | *304.3.4(i), (iii), .15* |
| Andrew | King | CA | 7/23/2009 | *304.3.4(i), (iii), .5, .15* |
| Donald | King | OR | 5/11/2009 | *304.3.5, .15* |
| Ray | Lawrence | IN | 3/8/2011 | *450.1, 401.1* |
| Jason Michael | Lear | FL | 1/15/2010 | *304.3.4(i), .5, .15* |
| Jason | Lytle | CA | 3/31/2004 | *304.3.4(i), (iii), .15* |
| David | Margheim | SD | 12/12/2007 | *304.3.11* |
| Donald | McHugh | IL | 10/12/2004 | *304.3.4(iii), .15* |
| Sean | Mendoza | GA | 4/16/2012 | *304.3.5* |
| Diana | Mokler | KY | 2/6/2008 | *304.3.4(i), .11, .15* |
| Douglas | Northway | AZ | 10/22/1997 | * |
| Chase | Panem | FL | 9/5/2012 | *304.3.6* |
| Vicki L. | Patterson | WI | 9/29/2010 | *304.3.4(i), .15* |
| Steven | Peltier | NJ | 8/27/2001 | *304.3.4(i), (iii), .15* |
| James | Pooler | AZ | 8/20/2008 | *304.3.4(iii), .5* |
| Michael | Pridemore | SC | 4/23/2004 | *304.3.5, .15* |
| Alan | Rogers | WI | 7/1/2005 | *304.3.4(iii)* |

<span style="color:red">**Exhibit 2**</span>

| William | Roggenbihl | CA | 7/11/2000 | *304.3.4(iii), .5, .15* |
| Kim | Sargent | TN | 6/3/2010 | *304.3.4(i), .15* |
| William | Scandalis | CA | 11/17/1999 | *304.3.4(i), (iii)* |
| Robert | Scheiring | ND | 7/23/2009 | *304.3.4(i), (iii), .15* |
| John | Schwerzler | NJ | 12/1/2004 | *304.3.4(i), (iii), .15* |
| Todd | Sousa | CA | 4/29/2011 | *304.3.6(i), (iii), (iv), .17* |
| Stephen | Steele | FL | 7/17/2012 | *304.3.6, 304.3.18* |
| Jesse | Stovall | CA | 10/15/2009 | *304.3.5, .15* |
| Melody | Sundbakken | ND | 4/30/2012 | *304.3.6(i); 304.3.13* |
| David | Teel | NC | 4/10/2012 | *304.3.5* |
| William | Tinsley | FL | 7/21/2008 | *304.3.4(i), (iii)* |
| Everett | Uchiyama | CA | 1/31/2006 | *304.3.5, .15* |
| Jeffrey | Vernace | MO | 4/11/2005 | *304.3.4(iii), .15* |
| Robert | Ward | TX | 7/1/2010 | *304.3.4(i), .15* |
| Christopher | Wheat | IN | 12/8/2009 | *304.3.4(i), (iii), .5, .15* |
| Christian | Webb | ND | 3/11/2011 | *304.3.4(i), (iii), .15* |
| Brian | Williams | CA | 2/19/2009 | * |
| Bryan | Woodward | FL | 3/7/2012 | *304.3.6(i), (iii), (iv)* |
| Jeffrey | Woodyard | VA | 9/22/2008 | *304.3.4(i), (iii)* |
| Scott | Woolsey | VT | 10/22/97 | * |
| Michael | Wullschleger | NC | 10/22/2008 | *304.3.4(i)* |

*Occurred prior to current Code of Conduct (2012 Rulebook, Article 304), information not available, or no Code of Conduct section applies.*





SAFE SPORT

# LIST OF INDIVIDUALS PERMANENTLY SUSPENDED

# OR INELIGIBLE FOR MEMBERSHIP

### UPDATED 5/21/2020

The following is a list of individuals who have received a lifetime ban, permanently resigned their membership, or been declared permanently ineligible for membership in USA Swimming.

This list contains names of those individuals suspended by USA Swimming's National Board of Review or the U.S. Center for SafeSport and does not include the names of individuals suspended by a Zone Board of Review, LSC Board of Review, the United States Anti-Doping Agency, or pursuant to USA Swimming's Criminal Background Check Policy.  As a result, this list may not be exhaustive.  To confirm the membership status of an individual, please contact USA Swimming Safe Sport staff at safesport@usaswimming.org.

**Exhibit 3**

| LAST NAME | FIRST NAME | STATE | SUSPENSION DATE | CODE OF CONDUCT SECTION | REASON SUSPENDED OR INELIGIBLE |
|---|---|---|---|---|---|

| Abbey | Kristopher | TX | 8/20/2012 | 304.3.5 , 304.3.15 | Sexual Misconduct |
|---|---|---|---|---|---|
| Adkins | Ryan | IL | 6/9/2010 | 304.3.4(III) , .15 | Sexual Misconduct |
| Anda | Jason | CA | 10/16/2019 | 304.3.18 | Criminal Disposition – Involving a Minor |
| Andersen | D. Jay | IL | 10/27/2014 | 304.3.19 | Other Misconduct |
| Anderson | Keith | TN | 2/10/2006 | 304.3.4 (I) (III) , .15 | Sexual Misconduct |
| Arabas | Charles | AZ | 2/18/2003 | 304.3.4 (I) (III) , .15 | Sexual Misconduct |
| Baker | David | NY | 11/17/2017 | 304.3.7 , 304.3.19 | Sexual Misconduct |
| Bartleson | Aaron | CA | 4/22/2009 | * | Sexual Misconduct |
| Beck | Matt | CO | 8/10/2012 | 304.3.5 , 304.3.6 , 304.3.18 | Sexual Misconduct |
| Bernal | Joseph | MA | 2/23/2016 | 304.3.5 , 304.3.5 , 304.3.5 | Sexual Misconduct |

| Bitter | John | CA | 10/1/2019 | 304.3.6 | Other Misconduct |
|--------|------|-----|-----------|---------|------------------|
| Bittner | Bobby | NC | 6/28/2019 | 304.3.18 | -Sexual misconduct involving minor -Social media and electronic communications -Intimate relationship - involving a minor |
| Bouzina | Khalid | CA | 11/3/2010 | 304.3.4 , 304.3.15 | Other Misconduct |
| Bowman | Steven | WI | 10/10/2007 | 304.3.5 | Sexual Misconduct |
| Burt | Thomas | OH | 10/9/2008 | 304.3.4(I) | Other Misconduct |
| Caragol | Robert | FL | 2/13/2009 | 304.3.4(I) (III) | Sexual Misconduct |
| Card | Tyler | MI | 8/9/2016 | 304.3.6 , 304.3.7 , 304.3.19 | Sexual Misconduct |
| Carrington | Matthew | IN | 4/16/2015 | 304.3.6 , 304.3.8 , 304.3.19 | Sexual Misconduct |
| Carter | Dennis | MI | 3/29/2013 | 304.3.4 , 304.3.15 | Sexual Misconduct |

| Chapman | Kevin | OH | 7/16/2008 | 304.3.4(III), 304.3.5 | Sexual Misconduct |
| Chocron | Simon | FL | 10/8/2001 | 304.3.4(I)(III), 304.3.5, 304.3.15 | Sexual Misconduct |
| Clay | Ross | MA | 4/2/2010 | 304.3.5, 304.3.15 | Sexual Misconduct |
| Corbett | Johnathon | MN | 5/4/2018 | 304.3.17 | Criminal Disposition - Involving a Minor |
| Curl | Rick | MD | 9/18/2012 | 450.1, 450.1, 401.1 | Sexual Misconduct |
| Cutrone | James | NJ | 1/4/2018 | 304.3.17 | Criminal Disposition - Sexual Misconduct |
| Cwirka | Michael | CT | 9/13/2018 | 304.3.17 | Criminal Disposition - Involving a Minor |
| Daniels | Tanner | MN | 4/10/2017 | 304.3.6, 304.3.19 | Sexual Misconduct |
| De Aragon, II | Francisco X. | FL | 7/15/2015 | 304.3.6, 304.3.8, 304.3.19 | Sexual Misconduct |

| | | | | | |
|---|---|---|---|---|---|
| **Delcore** | Joshua | IL | 6/11/2004 | 304.3.4(III), 304.3.15 | Sexual Misconduct |
| **DeMott** | Jeffrey | GA | 1/6/2015 | 304.3.4, 304.3.8, 304.3.19, 305.1, 305.2 | Sexual Misconduct |
| **Diaz** | Joseph | FL | 6/17/2014 | 304.3.6, 304.3.8, 304.3.19 | Sexual Misconduct |
| **Djang** | Lincoln | NM | 1/7/2000 | 304.3.4(III) | Sexual Misconduct |
| **Drury** | Alvin | CA | 11/8/2002 | 304.3.4(I)(III), 304.3.15 | Sexual Misconduct |
| **Dusenbury** | Daniel Ad'm | CA | 3/14/2013 | 304.3.5, 304.3.15, 304.3.4, 304.3.17, 305.1 | Sexual Misconduct |
| **Duwel** | Stephen | AR | 9/24/2015 | 304.3.6, 304.3.8A, 304.3.19 | Sexual Misconduct |
| **Elliott** | Matthew | VA | 4/9/2018 | 304.3.17 | Criminal Disposition - Involving a Minor, Abuse of Process |
| **Emery** | Daniel | NM | 9/2/2010 | 304.3.4(I), 304.3.15 | Sexual Misconduct |

| | | | | | |
|---|---|---|---|---|---|
| **Espinola** | Zoe | HI | 9/14/2010 | 304.3.4(I) , 304.3.15 | Other Misconduct |
| **Feeney** | Emily | PA | 3/25/2019 | 304.3.18 | Criminal Disposition - Involving a Minor |
| **Ferguson** | Michael | CT | 8/22/2003 | 304.3.4(III) , 304.3.15 | Sexual Misconduct |
| **Figueredo** | Brady | WA | 11/19/2018 | 304.3.17 | Criminal Disposition |
| **Forrest** | Matthew | NH | 6/11/2015 | 304.3.5 , 304.3.5 | Sexual Misconduct |
| **Foster** | Shannon | NC | 4/11/2018 | 304.3.17 | Criminal Disposition - Involving a Minor, Failure to Report |
| **Franklin** | Steven | MO | 11/12/2012 | 304.3.5 , 304.3.4 , 304.3.7 , 304.3.8 , 305.1 | Sexual Misconduct |
| **Franks** | Harrison | TX | 8/2/2018 | 304.3.17 | Criminal Disposition - Sexual Misconduct |
| **Fratantoni** | David | MA | 9/9/2013 | 304.3.4 , 304.3.8A , | Sexual Misconduct |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 304.3.18 | |
| **Fuller** | Kenneth | PA | 7/31/2012 | 304.3.6 , 304.3.18 | Sexual Misconduct |
| **Gallardo** | Rogelio | CA | 10/31/2008 | 304.3.4(I) (III) | Sexual Misconduct |
| **Garcia** | Steven | CA | 4/4/2017 | 304.3.6 , 304.3.7 , 304.3.19 | Sexual Misconduct |
| **Gaskins** | Scott | AZ | 11/5/2010 | 304.3.5 , 304.3.15 | Sexual Misconduct |
| **Ghandtchi** | Adrian | FL | 10/25/2012 | 304.3.6 , 304.3.8 , 305.1 | Sexual Misconduct |
| **Goelz** | John | IN | 7/6/2018 | 304.3.17 | Criminal Disposition - Involving a Minor |
| **Goodner, Sr.** | Gary | FL | 11/3/2014 | 304.3.5 , 304.3.5 , 304.3.15 | Sexual Misconduct |
| **Graham** | Donald | NM | 9/4/2018 | 304.3.17 | Sexual Misconduct - Involving a Minor |
| **Greene** | Matt | NY | 3/14/2016 | 304.3.6 , 304.3.19 | Sexual Misconduct |
| | | | | 304.3.6 , | |

| | | | | | |
|---|---|---|---|---|---|
| **Griffith** | Robert | FL | 2/27/2015 | 304.3.8A , 304.3.19 | Sexual Misconduct |
| **Gynan** | Bernard | VA | 1/28/2003 | 304.3.4(I)(III) , 304.3.15 | Sexual Misconduct |
| **Hahn** | Darek | CA | 12/5/1991 | * | Criminal Disposition - Involving a Minor |
| **Hahn** | Jamie | GA | 9/11/2012 | 304.3.6(I)(III)(IV) , 304.3.17 , 305.1 | Sexual Misconduct |
| **Hamilton** | Patrick | WA | 8/10/2017 | 304.3.6 , 304.3.7 , 304.3.19 | Criminal Disposition - Involving a Minor |
| **Highlands** | Laurel | PA | 6/27/2015 | 304.3.4 , 304.3.18 , 305.1 , 305.2 , 305.5 , 305.7 | Sexual Misconduct |
| **Hill** | Eric | FL | 12/17/2018 | 304.3.17 | Criminal Disposition |
| **Hindson** | Brian | IN | 4/4/2008 | 304.3.4(I)(III) , 304.3.5 , 304.3.15 | Sexual Misconduct |

| Hopkins | John Austin | OH | 7/1/2019 | 304.3.18 | Criminal Disposition - Involving a Minor |
| Howell | Andrew | MI | 7/22/2013 | 304.3.6 , 304.3.18 | Sexual Misconduct |
| Hudson | William | DE | 2/21/2012 | 304.3.6(I)(III)(IV) , 304.3.17 | Sexual Misconduct |
| Hunter | Pierce | CA | 9/22/2011 | 304.3.6(I)(III) | Sexual Misconduct |
| Huott | Christopher | MD | 6/17/2014 | 304.3.6(I)(III) , 304.3.8A , 304.3.19 , 450.1 , 450.1 , 401.1 | Sexual Misconduct |
| Hutchison | Sean | WA | 10/5/2018 | 304.3.17 | Sexual Misconduct - Involving a Minor |
| Ichimura***** | Shunichi | CA | 2/19/2019 | ***** , 304.3.18 | Criminal Disposition - Involving a Minor |
| Ivancic | Craig | KS | 11/28/2004 | 304.3.4(I)(III) , 304.3.15 | Sexual Misconduct |
| | | | | | Sexual |

| | | | | | |
|---|---|---|---|---|---|
| **Ivey** | Mitch | CA | 11/21/2013 | 450.1 | Misconduct |
| **Jeanneret** | Patrick | OH | 6/18/2013 | 304.3.6 , 304.3.8A , 304.3.18 | Sexual Misconduct |
| **Jefferis** | Matthew | PA | 8/30/2002 | 304.3.4(I)(III) , 304.3.15 | Sexual Misconduct |
| **Jensen** | Michelle | SC | 6/14/2013 | 304.3.6 , 304.3.18 | Sexual Misconduct |
| **Johnsen** | Matthew | OH | 4/2/2018 | 304.3.17 | Criminal Disposition - Sexual Misconduct |
| **Jorgensen** | Jayme | UT | 6/17/2015 | 304.3.15 , 304.3.19 | Other Misconduct |
| **Kelly** | Timothy | MA | 10/17/2009 | 304.3.4(I)(III) , 304.3.15 | Sexual Misconduct |
| **Kemeny** | Jeremy | SC | 2/10/2003 | 304.3.4(I)(III) , 304.3.15 | Sexual Misconduct |
| **Kim** | Jung Wook | CA | 8/26/2013 | 304.3.6 , 304.3.13 , 304.3.18 | Other Misconduct |
| **King** | Andrew | CA | 7/23/2009 | 304.3.4(I)(III) , 304.3.5 , 304.3.15 | Sexual Misconduct |

| King | Donald | OR | 5/11/2009 | 304.3.5 , 304.3.15 | Sexual Misconduct |
|------|--------|-----|-----------|---------------------|-------------------|
| Klausner | Curtis | FL | 09/28/2018 | 304.3.17 | Sexual Misconduct - Involving a Minor |
| Kostovny | Daniel | PA | 8/10/2018 | 304.3.17 | Criminal Disposition - Sexual Misconduct |
| Lans | Erick | MA | 3/27/2013 | 401.1 | Sexual Misconduct |
| Lawrence | Ray | IN | 3/8/2011 | 450.1 , 401.1 | Sexual Misconduct |
| Layral | Gilbert Wayne | CA | 7/29/2015 | 304.3.15 , 304.3.15 | Sexual Misconduct |
| Lear | Jason Michael | FL | 1/15/2010 | 304.3.4(I) , 304.3.5 , 304.3.15 | Sexual Misconduct |
| Lincoln | Matthew | NY | 2/17/2018 | 304.3.17 | Criminal Disposition - Involving a Minor |
| Lytle | Jason | CA | 3/31/2004 | 304.3.4(I) (III) , 304.3.15 | Sexual Misconduct |

| Maddan, III | Jack | TX | 8/26/2015 | 304.3.5 , 304.3.15 , 304.3.8A | Sexual Misconduct |
|---|---|---|---|---|---|
| Marcel | Alan | CT | 1/28/2015 | 304.3.6 , 304.3.8 , 304.3.19 | Sexual Misconduct |
| Margheim | David | SD | 12/12/2007 | 304.3.11 | Other Misconduct |
| Martins | Leonardo | FL | 11/11/2015 | 304.3.8 , 304.3.19 | Sexual Misconduct |
| Matuszak | Mark | FL | 3/27/2013 | 304.3.4 , 304.3.7 , 304.3.17 | Sexual Misconduct |
| McCall | Conor | PA | 12/16/2019 | 304.3.18 | Criminal Disposition - Sexual Misconduct |
| McClain | Shannan | AR | 7/29/2014 | 304.3.6 , 304.3.19 | Other Misconduct |
| McHugh | Donald | IL | 10/12/2004 | 304.3.4(III) 304.3.15 | Sexual Misconduct |
| Mead | Maureen | MD | 2/16/2016 | 304.3.4 , 304.3.19 , 305.3 | Other Misconduct |
| Mead | Patrick | MD | 6/3/2016 | 304.3.5 , 304.3.15 | Sexual Misconduct |
| | Daniel | | | 304.3.5 , | Sexual |

| | | | | | |
|---|---|---|---|---|---|
| **Mendenhall** | Scott | CA | 1/27/2014 | 304.3.15 | Misconduct |
| **Mendoza** | Sean | CA | 4/16/2012 | 304.3.5 | Sexual Misconduct |
| **Mielke** | Donald | WI | 6/27/2014 | 304.3.6 , 304.3.8A , 304.3.19 | Sexual Misconduct |
| **Mokler** | Diana | KY | 2/6/2008 | 304.3.4(I) , 304.3.11 , 304.3.15 | Other Misconduct |
| **Moore** | Nathan "Nate" | AZ | 4/17/2020 | 304.3.14(I) | Sexual Misconduct - involving a Minor |
| **Morrisette** | Matthew | VA | 11/29/2012 | 304.3.5 | Sexual Misconduct |
| **Moulton** | Rick | OH | 1/29/2019 | 304.3.18 | Criminal Disposition - Involving a Minor |
| **Nellis** | G. Chris | NY | 4/15/2015 | 304.3.6 , 304.3.8 , 304.3.19 | Sexual Misconduct |
| **Nguyen** | Tim | CA | 9/7/2017 | 304.3.6 , 304.3.7 , 304.3.19 | Sexual Misconduct |
| **North** | Stephanie | ID | 9/25/2013 | 304.3.6 , 304.3.8A , 304.3.18 | Sexual Misconduct |

| | | | | | |
|---|---|---|---|---|---|
| **Northway** | Douglas | TX | 10/22/1997 | * | Sexual Misconduct |
| **O'Brien** | F. Tim | TX | 3/8/2016 | 304.3.5 , 304.3.5 | Sexual Misconduct |
| **O'Neill** | Alfred | MN | 9/14/2018 | 304.3.17 | Intimate Relationship Involving a Minor |
| **Ortiz** | Steven | CA | 5/23/2018 | 304.3.17 | Criminal Disposition - Involving a Minor |
| **Pachiolo** | Nick | NJ | 5/9/2014 | 304.3.6 , 304.3.8A , 304.3.19 | Sexual Misconduct |
| **Panem** | Chase | FL | 9/5/2012 | 304.3.6 | Other Misconduct |
| **Pantera\*\*** | James | CA | 10/14/2013 | \*\* , 304.3.6 , 304.3.14 , 304.3.18 | Other Misconduct |
| **Patterson** | Vicki L. | WI | 9/29/2010 | 304.3.4(I) , 304.3.15 | Other Misconduct |
| **Peltier** | Steven | NJ | 8/27/2010 | 304.3.4(I) (III) , 304.3.15 | Sexual Misconduct |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Perry** | Dustin | ID | 6/22/2014 | 304.3.8 , 304.3.19 | Sexual Misconduct |
| **Picard****** | Andrew | MA | 4/28/2016 | **** , 304.3.6 , 304.3.19 | Sexual Misconduct |
| **Poldevaart** | Aaron | IA | 7/18/2017 | 304.3.7 , 304.3.19 | Sexual Misconduct |
| **Pridemore** | Michael | SC | 4/23/2004 | 304.3.5 , 304.3.15 | Sexual Misconduct |
| **Reis** | Savannah | MS | 10/11/2019 | 304.3.18 | Criminal Disposition – Involving a Minor |
| **Reynolds** | David | AR | 7/7/2016 | 304.3.6 , 304.3.19 | Sexual Misconduct |
| **Rock** | Bruce | AZ | 11/19/2013 | 304.3.6 , 304.3.18 | Sexual Misconduct |
| **Rogers** | Alan A. | WI | 7/1/2005 | 304.3.4(III) | Sexual Misconduct |
| **Roggenbihl** | William | CA | 7/11/2000 | 304.3.4(III) , 304.3.5 , 304.3.15 | Sexual Misconduct |
| **Ronayne** | Ryan | WI | 10/20/2015 | 304.3.6 , 304.3.8 , 304.3.19 | Sexual Misconduct |
| **Rosenfeld** | Louis | NH | 10/4/2013 | 304.3.4 , 304.3.6 , | Sexual |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 304.3.18 | Misconduct |
| **Rucker*** | Noah | VA | 1/31/2013 | *** , 304.3.6 | Sexual Misconduct |
| **Sabatino** | James (JJ) | NH | 12/2/2016 | 304.3.5 , 304.3.15 304.3.7 , 304.3.17 , 304.3.8 , 304.3.18 , 305.1 | Sexual Misconduct |
| **Sadler** | Jarret | TX | 8/28/2018 | 304.3.17 | Criminal Disposition - Sexual Misconduct |
| **Sargent** | Kim | TN | 6/3/2010 | 304.3.4(I) , 304.3.15 | Sexual Misconduct |
| **Savage** | Neil | GA | 9/9/2014 | 304.3.5 , 304.3.15 , 304.3.7 , 304.3.17 , 304.3.8 , 304.3.18 , 305.1 | Sexual Misconduct |
| **Scandalis** | William | CA | 11/17/1999 | 304.3.4(I) (III) | Sexual Misconduct |
| **Scheiring** | Robert | ND | 7/23/2009 | 304.3.4(I) (III) , 304.3.15 | Sexual Misconduct |
| | | | | 304.3.4 , | Sexual |

| | | | | | |
|---|---|---|---|---|---|
| **Schremmer** | Mark | GA | 10/29/2019 | 304.3.8A , 305.1 , 304.3.8C | Misconduct - involving a minor |
| **Schwerzler** | John | NJ | 12/1/2004 | 304.3.4(I)(III) , 304.3.15 | Sexual Misconduct |
| **Seiple** | Sam | OH | 11/7/2017 | 304.3.6 , 304.3.8 , 304.3.19 | Sexual Misconduct |
| **Sfire** | John | MN | 1/5/2017 | 450.1 , 401.1 | Sexual Misconduct |
| **Sheppard** | Ben | CA | 6/5/2013 | 304.3.7 , 304.3.17 | Sexual Misconduct |
| **Small** | Thomas | MD | 4/3/2014 | 304.3.5 | Sexual Misconduct |
| **Smith** | Derek | NY | 8/11/2015 | 304.3.8 , 304.3.6 , 304.3.19 | Sexual Misconduct |
| **Smith** | John (Jay) | OH | 4/10/2018 | 304.3.17 | Sexual Misconduct |
| **Smith** | Tucker | VA | 12/23/2013 | 304.3.4 , 304.3.6 , 304.3.8A , 304.3.18 , 305.1 | Sexual Misconduct |
| **Soderling** | J. Michael | KS | 7/25/2013 | 304.3.8 , 304.3.17 | Other Misconduct |

| Sousa | Todd | CA | 4/29/2011 | 304.3.6(I)(III)(IV), 304.3.17 | Sexual Misconduct |
|---|---|---|---|---|---|
| Spaulding | Eric | OH | 9/9/2015 | 304.3.6 , 304.3.19 | Sexual Misconduct |
| Staiman | Joel | NJ | 3/12/2018 | 304.3.17 | Criminal Disposition - Involving a Minor |
| Steele | Stephen | FL | 7/17/2012 | 304.3.6 , 304.3.18 | Sexual Misconduct |
| Stouder | Cameron | IN | 9/27/2011 | 304.3.4 , 304.3.6 , 304.3.17 , 305.3 | Criminal Disposition - Sexual Misconduct |
| Stovall | Jesse | CA | 10/15/2009 | 304.3.5 , 304.3.15 | Sexual Misconduct |
| Sundbakken | Melody | ND | 4/30/2012 | 304.3.6(I) , 304.3.13 | Other Misconduct |
| Taylor | Brianne | WI | 2/13/2019 | 304.3.18 | Criminal Disposition - Sexual Misconduct |
| Teel | David | CA | 4/10/2012 | 304.3.5 | Sexual Misconduct |
| Thomas | Jamie | NC | 11/19/2013 | 304.3.4 , 304.3.6 , 304.3.8A , | Sexual |

| | | | | 304.3.18 , 305.1 , 305.5.1 | Misconduct |
|---|---|---|---|---|---|
| **Tinsley** | William | FL | 7/21/2008 | 304.3.4(I) (III) | Sexual Misconduct |
| **Torie** | Ryan | PA | 4/17/2018 | 304.3.17 | Criminal Disposition - Involving a Minor |
| **Trites** | L. John | PA | 2/25/2013 | 401.1 | Sexual Misconduct |
| **Tunnell** | Devan | OR | 6/13/2019 | 304.3.18 | Criminal Disposition - Sexual Misconduct |
| **Uchiyama** | Everett | CA | 1/31/2006 | 304.3.5 , 304.3.15 | Sexual Misconduct |
| **Valcarce** | Christian | UT | 1/4/2018 | 304.3.17 | Criminal Disposition - Sexual Misconduct |
| **Vandenberg** | Patrick | NC | 6/11/2015 | 304.3.6 , 304.3.15 | Other Misconduct |
| **VanLieshout** | Paul | LA | 2/6/2013 | 304.3.4 , 304.3.5 , 304.3.15 | Sexual Misconduct |
| **VanMatre** | Traci | TX | 10/22/2012 | 304.3.7 , 305.1 | Sexual Misconduct |

| Vernace | Jeffrey | MO | 4/11/2005 | 304.3.4(III), 304.3.15 | Sexual Misconduct |
| Walker | P. Mark | TN | 3/12/2015 | 401.1, 304.3.8, 304.3.19 | Sexual Misconduct |
| Waid | Christopher | TX | 10/9/2013 | 304.3.4, 304.3.8, 304.3.18, 305.1 | Sexual Misconduct |
| Walkotten | Nicholas | NC | 8/28/2018 | 304.3.17 | Criminal Disposition - Involving a Minor |
| Ward | Robert | TX | 7/1/2010 | 304.3.4(I), 304.3.15 | Other Misconduct |
| Webb | Christian | ND | 3/11/2011 | 304.3.4(I)(III), 304.3.15 | Other Misconduct |
| Weber | Joe | PA | 2/25/2013 | 401.1, 304.3.4 | Sexual Misconduct |
| Weddle | Nathan | NC | 1/24/2018 | 304.3.17 | Criminal Disposition - Involving a Minor |
| Wheat | Christopher | IN | 12/8/2009 | 304.3.4(I)(III), 304.3.5, 304.3.15 | Sexual Misconduct |

| Winkler | Walter | WY | 7/25/2019 | 304.3.17 | Criminal Disposition - Sexual Misconduct |
|---------|--------|----|-----------|----------|------------------------------------------|
| Williams | Brian | CA | 2/19/2009 | * | Other Misconduct |
| Williams | Gregory T. | NC | 3/11/2015 | 304.3.6 , 304.3.19 | Sexual Misconduct |
| Winslow | Greg | UT | 2/12/2014 | 304.3.5 , 304.3.15 | Sexual Misconduct |
| Woodward | Bryan | FL | 3/7/2012 | 304.3.6(I)(III)(IV) | Sexual Misconduct |
| Woodyard | Jeffrey | VA | 9/22/2008 | 304.3.4(I)(III) | Sexual Misconduct |
| Woolsey | Scott | VT | 10/22/1997 | * | Other Misconduct |
| Wullschleger | Michael | NC | 10/22/2008 | 304.3.4(I) | Criminal Disposition - Sexual Misconduct |

## NOTES ON SUSPENDED OR INELIGIBLE INDIVIDUALS

*Occurred prior to current Code of Conduct, information not available, or no Code of Conduct section applies.

**Known aliases for James Pantera: James Sabre Pantera, Robert Michael Binkin, James David Land, James Wallace.

***Known aliases for Noah Rucker: Noah Warner

****Andrew Picard's prior legal name was Andrew Laurence Boeckman.  He registered with USA Swimming with the names Andrew Laurence and Andrew Boeckman.

*****Shunichi Ichimura also known as Shunichi Fujishima

# LIST OF INDIVIDUALS SUSPENDED OR INELIGIBLE SPECIFIC DATE

UPDATED 5/21/2020

The following is a list of individuals who have been suspended from membership in USA Swimming for a specific amount of time.  This list of Individuals Suspended or Ineligible - Specific Date (the "Suspended List") contains names of those individuals suspended by USA Swimming's National Board of Review or the U.S. Center for SafeSport and does not include the names of individuals suspended by a Zone Board of Review, LSC Board of Review, the United States Anti-Doping Agency, or pursuant to USA Swimming's Criminal Background Check Policy.

The Suspended List reflects the names of individuals currently suspended.  It is not intended to be a historical record of current or past members who have ever been suspended.  The Suspended List does not list the names of minors serving suspensions.  As a result, this list may not be exhaustive.  To confirm the membership status of an individual, please contact USA Swimming Safe Sport staff at safesport@usaswimming.org.



| LAST NAME ▼ | FIRST NAME ▼ | STATE ▼ | SUSPENSION PERIOD ▼ | CODE OF CONDUCT SECTION ▼ | REASON SUSPENDED OR INELIGIBLE ▼ |
|---|---|---|---|---|---|
| **ALLRED** | **Mika** | **CA** | **11/14/2014-11/14/2024** | **304.3.4, 304.3.8B, 304.3.19** | **Sexual Misconduct** |
| **BABYLON** | **Kristopher** | **LA** | **9/9/2016 - 9/9/2026** | **304.3.15, 304.3.19, 305.4** | **Other Misconduct** |

| BACKLER | Elizabeth | MA | 11/24/2015 - 11/24/2022 | 304.3.6, 304.3.8A, 304.3.9, 304.3.19 | Sexual Misconduct |
|---|---|---|---|---|---|
| BOWEN | Victor | MA | 3/6/2014 - Indefinite | 304.3.6, 304.3.18, 304.3.19 | Other Misconduct |
| CHENG | Shu Han | TX | 10/17/2017 - 10/17/2027 | 304.3.8, 304.3.19 | Sexual Misconduct |
| CLAUS | Bruce | MD | 4/20/2020 - 4/20/2025 | 304.3.17 | Other Misconduct |
| COOPER | Thania | FL | 10/9/2017 - 10/9/2029 | 304.3.15, 304.3.19 | Other Misconduct |
| COOK | Matthew | ME | 11/1/2018 - Interim | 304.3.17 | Allegations of Misconduct |
| DAIGNEAULT | Lois | NM | 12/26/2014 - 12/26/2021 | 304.3.14, 304.3.18, 304.3.15, 304.3.19 | Other Misconduct |
| HABIG | Michael | LA | 5/15/2015 - 5/15/2022 | 304.3.6 | Other Misconduct |
| KELLER | Patrick (PJ) | GA | 7/1/2015 - 7/1/2025 | 304.3.15, 304.3.19 | Other Misconduct |
| KILLIAM | Kameron | OK | 4/16/2014- 04/16/20204 | 304.3.6, 304.3.9, 304.3.19 | Other Misconduct |
| LAWSON | Joshua | OK | 11/6/2017 - Indeterminate | 304.3.17 | Sexual Misconduct – Sexual Harassment |

| MILES | Mark | NY | 1/29/2020 - Interim | 304.3.14 | Allegations of Misconduct |
|---|---|---|---|---|---|
| MIMS | Travis | FL | 4/20/2015 - 4/20/2021 | 304.3.6, 304.3.19 | Other Misconduct |
| NORYS | Kohlton | CA | 4/6/2017 - 4/6/2022 | 304.3.7, 304.3.19 | Sexual Misconduct |
| WEEKS | David | GA | 6/2/2015 - 6/2/2025 | 304.3.4, 305.1 | Sexual Misconduct |
| WITHEY | David | CA | 6/27/2016 - 6/27/2023 | 304.3.6, 304.3.15, 304.3.19 | Other Misconduct |

## NOTES ON SUSPENDED OR INELIGIBLE INDIVIDUALS

*Occurred prior to current Code of Conduct, information not available, or no Code of Conduct section applies.

| CODE TITLE | DESCRIPTION |
|---|---|
| **CODE OF CONDUCT (2009) - SECTION 304.3.5** | 304.3.5 Any inappropriate sexually oriented behavior or action directed towards a member by any other adult participating in any capacity whatsoever in the affairs or activities of USA Swimming or its LSCs (whether such adult is a member or not). Any nonconsensual physical sexual conduct, or pattern of unwelcome advances or other sexual harassment in connection with or incidental to a USA Swimming-related activity by any person participating in the affairs or activities of USA Swimming or its LSCs (whether such person is a member or not) directed toward any member or other person participating in the affairs or activities of USA Swimming or its LSCs. (effective September 27, 2008) |
| **CODE OF CONDUCT (2009-2010) -** | 304.3.15 Any other material and intentional act, conduct or omission not provided for above, which is |

| | |
|---|---|
| **SECTION 304.3.15** | detrimental to the image or reputation of USA Swimming, a LSC or the sport of swimming. |
| **CODE OF CONDUCT (1999-2010) - SECTION 304.3.4** | 304.3.4 Conviction of, imposition of a deferred sentence for, or any plea of guilty or no contest at any time, past or present, or the existence of any pending charges, for (i) any felony, (ii) any offense involving use, possession, distribution or intent to distribute illegal drugs or substances, or (iii) any crime involving sexual misconduct. |
| **CODE OF CONDUCT (1999-2008) - SECTION 304.3.15** | 304.3.15 Any other material and intentional act, conduct or omission not provided for above, which is detrimental to the image or reputation of USA Swimming, a LSC or the sport of swimming. |
| **CODE OF CONDUCT (2014-2017) - SECTION 304.3.15** | 304.3.15 Any act of fraud, deception or dishonesty in connection with any USA Swimming-related activity. |
| **CODE OF CONDUCT (2011-PRESENT) - SECTION 305.1** | 305.1 Inappropriate touching between an athlete and an adult non-athlete member or Participating Non-Member (as defined in 401.1) is prohibited, including, but not limited to, excessive touching, hugging, kissing, sexually oriented behavior, sexually stimulating or otherwise inappropriate games, and having an athlete sit on a non-family member adult's lap. |
| **CODE OF CONDUCT (2011-2017) - SECTION 305.2** | 305.2 Any rubdown or massage performed on an athlete by any adult member or Participating Non-Member, excluding the spouse, parent, guardian, sibling, or personal assistant of such athlete, is prohibited unless such adult is a licensed massage therapist or other certified professional. Any rubdown or massage performed at a swim venue by a licensed professional must be conducted in open/public locations and must never be done with only the athlete and licensed massage therapist in the room. Even if a coach is a licensed massage therapist, the coach shall not perform a rubdown or massage of an athlete under any circumstances. |
| **CODE OF CONDUCT (2011-2017) - SECTION 305.3** | 305.3 Use of audio or visual recording devices, including a cell phone camera, is not allowed in changing areas, rest rooms or locker rooms. |
| **CODE OF CONDUCT (2011-2017) - SECTION 305.4** | 305.4 Employees and volunteers of USA Swimming, LSCs and member clubs who interact directly and frequently with athletes as a regular part of their duties and individuals with any ownership interest in a member club must be non-athlete members of USA Swimming and satisfactorily complete criminal background checks as required by USA Swimming. This does not apply to volunteers such as timers, marshals, computer operators, etc. who only have limited contact with athletes during a meet. |

| | |
|---|---|
| **CODE OF CONDUCT (2011-2017) - SECTION 305.5** | 305.5 Travel .1 Regardless of gender, a coach shall not share a hotel room or other sleeping arrangement with an athlete unless the coach is the parent, guardian, sibling, or spouse of that particular athlete. .2 Team managers and chaperones must be members of USA Swimming and have successfully passed a USA Swimming-required criminal background check. .3 When only one athlete and one coach travel to a competition, the athlete must have his/her parent's (or legal guardian's) written permission in advance to travel alone with the coach. .4 Clubs and LSCs shall develop their own travel policies. USA Swimming will provide a model club travel policy as an example. Club travel policies must be signed and agreed to by all athletes, parents, coaches and other adults traveling with the club. |
| **CODE OF CONDUCT (2013-2017) - SECTION 305.7** | 305.7 Clubs shall establish their own electronic communication/social media policy. USA Swimming shall provide a model policy as an example, which shall serve as the default for any club that fails to establish its own policy. Club electronic communication policies should be reviewed and agreed to annually by all athletes, parents, coaches and other non-athlete members of the club. |
| **CODE OF CONDUCT (1986-1994) - SECTION 401.1** | 401.1 GENERAL - As herein set forth, the Corporation may censure, suspend for a definite or indefinite period of time with or without terms of probation, or expel any member of the Corporation, including any athlete, coach, manager, official, member of any committee, or any person participating in any capacity whatsoever in the affairs of the Corporation, who has violated any of its rules or regulations, or who aids, abets, and encourages another to violate any of its rules or regulations, or who has acted in a manner which brings disrepute upon the Corporation or upon the sport of swimming. The Corporation may also conduct hearings on any matter affecting the Corporation as the national governing body for swimming. |
| **CODE OF CONDUCT (1995-1998) - SECTION 401.1** | 401.1 GENERAL - As hereinafter set forth, the USS may censure, suspend for a definite or indefinite period of time with or without terms of probation, fine, or expel any member of USS, including any athlete, coach, manager, official, member of any committee, or any person participating in any capacity whatsoever in the affairs of USS, who has violated any of its rules or regulations, or who aids, abets, and encourages another to violate any of its rules or regulations, or who has acted in a manner which brings disrepute upon USS or upon the sport of swimming. USS may also conduct hearings on any matter affecting USS as the national governing body for swimming. |
| **CODE OF CONDUCT (2008) - SECTION 401.1** | 401.1 As hereinafter set forth, USA Swimming may censure, place on probation, suspend for a definite or indefinite period of time with or without terms of probation, fine, or expel any member of USA Swimming, including any athlete, coach, manager, official, member of any committee, or any person participating in any capacity whatsoever in the affairs of USA Swimming, who has violated any of its rules or regulations, or who aids, abets, and encourages another to violate any of its rules or regulations, or who has acted in a manner which brings disrepute upon USA Swimming or upon the sport of swimming. USA Swimming may also conduct hearings on any matter affecting USA Swimming as the National Governing Body for swimming. |
| **CODE OF CONDUCT** | 450.1 GENERAL - As herein set forth, the Corporation may censure, suspend for a definite or indefinite period of time with or without terms of probation, or expel any member of the Corporation, including any athlete, coach, manager, official, member of any committee, or any person participating in any capacity whatsoever in the affairs of the Corporation, who has violated any of its rules or |

| **(1985) - SECTION 450.1** | regulations, or who aids, abets, and encourages another to violate any of its rules or regulations, or who has acted in a manner which brings disrepute upon the Corporation or upon the sport of swimming. The Corporation may also conduct hearings on any matter affecting the Corporation as the national governing body for swimming. |
|---|---|
| **CODE OF CONDUCT (1981-1984) - SECTION 450.1** | 450.1 As herein set forth, the Corporation may censure, suspend for a definite or indefinite period of time with or without terms of probation, or expel any member of the Corporation, including any athlete, coach, manager, official, member of any committee, or any person participating in any capacity whatsoever in the affairs of the Corporation, who has violated any of its rules or regulations, or who has acted in a manner which brings disrepute upon the Corporation or upon the sport of swimming. The Corporation may also conduct hearings on any matter affecting the Corporation as the national governing body for swimming. |
| **CODE OF CONDUCT (1999-2010) - SECTION 304.3.11** | 304.3.11 Any act of fraud, deception or dishonesty in connection with any USA Swimming-related activity. |
| **CODE OF CONDUCT (2011) - SECTION 304.3.13** | 304.3.13 Any act of fraud, deception or dishonesty in connection with any USA Swimming-related activity. |
| **CODE OF CONDUCT (2012) - SECTION 304.3.13** | 304.3.13 Physical abuse of an athlete by any person who, in the context of swimming, is in a position of authority over that athlete. |
| **CODE OF CONDUCT (2011) - SECTION 304.3.17** | 304.3.17 Any other material and intentional act, conduct or omission not provided for above, which is detrimental to the image or reputation of USA Swimming, a LSC or the sport of swimming. |
| **CODE OF CONDUCT (2012-2013) - SECTION 304.3.14** | 304.3.14 Any act of fraud, deception or dishonesty in connection with any USA Swimming-related activity |
| **" CODE OF** | |

| | |
|---|---|
| **CONDUCT (2012-2013) - SECTION 304.3.18** | 304.3.18 Any other material and intentional act, conduct or omission not provided for above, which is detrimental to the image or reputation of USA Swimming, a LSC or the sport of swimming. |
| **CODE OF CONDUCT (2014-2018) - SECTION 304.3.19** | 304.3.19 Any other material and intentional act, conduct or omission not provided for above, which is detrimental to the image or reputation of USA Swimming, a LSC or the sport of swimming. |
| **CODE OF CONDUCT (2011-2017) - SECTION 304.3.4** | 304.3.4 Violation of any of the Athlete Protection Policies set forth in Article 305 |
| **CODE OF CONDUCT (1999-2001) - SECTION 304.3.5** | 304.3.5 Any sexual contact or advance directed towards an athlete by a coach, official, trainer, or other person who, in the context of swimming, is in a position of authority over that athlete. |
| **CODE OF CONDUCT (2002-2008) - SECTION 304.3.5** | 304.3.5 Any sexual contact or advance or other inappropriate sexually oriented behavior or action directed towards an athlete by a coach, official, trainer, or other person who, in the context of swimming, is in a position of authority over that athlete. |
| **CODE OF CONDUCT (2010) - SECTION 304.3.5** | 304.3.5 Any sexual conduct, advance or other inappropriate sexually oriented behavior or action directed towards an athlete by (i) a coach member or other non-athlete member, or (ii) any other adult participating in any capacity whatsoever in the affairs or activities of USA Swimming (whether such adult is a member or not). Any nonconsensual physical sexual conduct, or pattern of unwelcome advances or other sexual harassment in connection with or incidental to a USA Swimming-related activity by any person participating in the affairs or activities of USA Swimming (whether such person is a member or not) directed toward any member or other person participating in the affairs or activities of USA Swimming. |
| **CODE OF CONDUCT (2011-2017) - SECTION 304.3.6** | 304.3.6 Conviction of, imposition of a deferred sentence for, or any plea of guilty or no contest at any time, past or present, or the existence of any pending charges, for (i) any felony, (ii) any offense involving use, possession, distribution or intent to distribute illegal drugs or substances, (iii) any crime involving sexual misconduct, or (iv) any criminal offense against a minor. |
| **CODE OF CONDUCT (2011) -** | 304.3.7 Any sexual conduct, advance or other inappropriate sexually oriented behavior or action directed towards an athlete by (i) a coach member or other non-athlete member, or (ii) any other adult participating in any capacity whatsoever in the affairs or activities of USA Swimming (whether such adult is a member or not). Any nonconsensual physical sexual conduct, or pattern of unwelcome advances or other sexual harassment in connection with or incidental to a USA Swimming-related |

| | |
|---|---|
| SECTION 304.3.7 | activity by any person participating in the affairs or activities of USA Swimming (whether such person is a member or not) directed toward any member or other person participating in the affairs or activities of USA Swimming. |
| CODE OF CONDUCT (2016-2017) - SECTION 304.3.7 | 304.3.7 A. Any inappropriate sexual conduct or advance, or other inappropriate oral, written, visual, or physical conduct of a sexual nature at any time, past or present, directed towards an athlete or any person under the age of eighteen (18) by (i) a coach member or other non-athlete member, or (ii) any other adult participating in any capacity whatsoever in the activities of USA Swimming (whether such adult is a member or not). B. Any act of sexual harassment, including without limitation unwelcome sexual advances, requests for sexual favors, and other inappropriate oral, written, visual, or physical conduct of a sexual nature in connection with or incidental to a USA Swimming-related activity by any person participating in the affairs or activities of USA Swimming (whether such person is a member or not) directed toward any member or other person participating in the affairs or activities of USA Swimming. C. A romantic or sexual relationship, even if it is a consensual relationship between adults, which began during the swimming relationship, between athletes and those individuals (i) having direct supervisory or evaluative control, or (ii) who are in a position of power and trust over the athlete. Except in circumstances where no imbalance of power exists, coaches have this direct supervisory or evaluative control and are in a position of power and trust over those athletes they coach. The prohibition on romantic or sexual relationships does not include those relationships where it can be demonstrated that there is no imbalance of power. For example, this prohibition does not apply to a relationship between two spouses or life partners which existed prior to the swimming relationship. For factors that may be relevant to determining whether an imbalance of power exists, consult the USOC's Safe Sport Policies at www.teamusa.org/Footer/Legal/Governance-Documents. D. Any peer-to-peer sexual abuse. For the purposes of the Code of Conduct, the term "peer-to-peer sexual abuse" shall mean any unwelcome physical conduct of a sexual nature directed towards a minor athlete by another minor athlete. |
| CODE OF CONDUCT (2012) - SECTION 304.3.8 | 304.3.8 Any inappropriate sexual conduct or advance, or other oral, written, visual, or physical conduct of a sexual nature directed towards an athlete by (i) a coach member or other non-athlete member, or (ii) any other adult participating in any capacity whatsoever in the activities of USA Swimming (whether such adult is a member or not). Any act of sexual harassment, including without limitation unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature in connection with or incidental to a USA Swimming-related activity by any person participating in the affairs or activities of USA Swimming (whether such person is a member or not) directed toward any member or other person participating in the affairs or activities of USA Swimming. |
| CODE OF CONDUCT | 304.3.8 A. Any inappropriate sexual conduct or advance, or other inappropriate oral, written, visual, or physical conduct of a sexual nature at any time, past or present, directed towards an athlete or any person under the age of eighteen (18) by (i) a coach member or other non-athlete member, or (ii) any other adult participating in any capacity whatsoever in the activities of USA Swimming (whether such adult is a member or not). B. Any act of sexual harassment, including without limitation unwelcome sexual advances, requests for sexual favors, and other inappropriate oral, written, visual, or physical conduct of a sexual nature in connection with or incidental to a USA Swimming-related activity by any person participating in the affairs or activities of USA Swimming (whether such person is a member or not) directed toward any member or other person participating in the affairs or activities of USA Swimming. C. A romantic or sexual relationship, even if it is a consensual relationship between adults, which began during the swimming relationship, between athletes and |

| | |
|---|---|
| **(2014-2015) - SECTION 304.3.8** | those individuals (i) having direct supervisory or evaluative control, or (ii) who are in a position of power and trust over the athlete. Except in circumstances where no imbalance of power exists, coaches may have this direct supervisory or evaluative control and are in a position of power and trust over those athletes they coach. The prohibition on romantic or sexual relationships does not include those relationships where it can be demonstrated that there is no imbalance of power. For example, this prohibition does not apply to a relationship between two spouses or life partners which existed prior to the swimming relationship. For factors that may be relevant to determining whether an imbalance of power exists, consult the USOC's Safe Sport Policies at www.teamusa.org/Footer/Legal/Governance-Documents. D. Any peer-to-peer sexual abuse. For the purposes of the Code of Conduct, the term "peer-to-peer sexual abuse" shall mean any unwelcome physical conduct of a sexual nature directed towards a minor athlete by another minor athlete. |
| **CODE OF CONDUCT (2012-2017) - SECTION 304.3.9** | 304.3.9 The sale or distribution of illegal drugs or the illegal sale or distribution of any substance listed on FINA's recognized list of banned substances. |
| **CODE OF CONDUCT (2018-PRESENT) - SECTION 304.3.5** | 304.3.5 Conviction of, imposition of a deferred sentence for, or any plea of guilty or no contest at any time, past or present, or the existence of any pending charges, for (i) any felony or (ii) any offense involving use, possession, distribution or intent to distribute illegal drugs or substances. |
| **CODE OF CONDUCT (2018-PRESENT) - SECTION 304.3.17** | 304.3.17 Violation of the SafeSport Code. |
| **CODE OF CONDUCT (2019-PRESENT) - SECTION 304.3.18** | 304.3.18 Violation of the SafeSport Code. |



Coaches

Officials

Team Leaders

Find a Team

Find Swim Lessons

Nutrition Tips

Rules & Regulations

Careers

Contact

Support the Foundation

Make a Splash

Ambassadors

News & Events

DONATE

© Copyright 2020 USA Swimming. All Rights Reserved.    Privacy Policy    Terms & Conditions