| | |
|---|---|
| **To:** | Bernard Pylitt[BPylitt@katzkorin.com] |
| **From:** | Roger McMichael |
| **Sent:** | Wed 04/24/2019 2:02:24 PM UTC |
| **Subject:** | RE: Litigation Hold |
| **Received:** | Wed 04/24/2019 2:02:00 PM UTC |

Hi Buddy:

I have a really packed schedule today, but I could talk now until 11:00, otherwise tomorrow morning between 7:30-11:00…………………………….Roger

Roger McMichael
Associate Superintendent for Business Affairs
Carmel Clay Schools
5201 East Main Street
Carmel, IN 46033
317-571-4005, ext. 81072

---

**From:** Bernard Pylitt <BPylitt@katzkorin.com>
**Sent:** Tuesday, April 23, 2019 8:15 PM
**To:** Roger McMichael <RMcmicha@ccs.k12.in.us>
**Cc:** Tom Harmas <tharmas@ccs.k12.in.us>; Jim Inskeep <JInskeep@ccs.k12.in.us>
**Subject:** Fwd: Litigation Hold

**[Please note... This email is from a sender outside of the Carmel Clay School district]**

Mr. McMicheal

As you know, I represent USA Swimming and the Carmel Swim Club.

Can we chat at a convenient time tomorrow?

Best wishes.

Buddy


---------- Forwarded message ---------
From: **Joyce Myers** <jmyers@ccs.k12.in.us>
Date: Tue, Apr 23, 2019 at 5:51 PM
Subject: Litigation Hold
To: Tom Harmas <tharmas@ccs.k12.in.us>, Jim Inskeep <JInskeep@ccs.k12.in.us>, Bruce Wolf <BWolf@ccs.k12.in.us>, Andrea Dixon <adixon1@ccs.k12.in.us>, Chris Plumb <cplumb@ccs.k12.in.us>
CC: Sue Sinclair <ssinclair@ccs.k12.in.us>, Christi Cloud <ccloud@ccs.k12.in.us>, Colleen A Nobis <cnobis@ccs.k12.in.us>, Roger McMichael <RMcmicha@ccs.k12.in.us>



Redaction

CONFIDENTIAL                                                                                              DEFTS RESP0018758

*PLAINTIFF'S EXHIBIT E*

*Joyce Myers*
Assistant to Roger McMichael
Associate Superintendent for Business Affairs
**Carmel Clay Schools**
**5201 E. Main Street, Carmel, IN  46033**
*Experience excellence...Explore opportunities...Realize potential*
317.844.9961, Ext. 1072 (O)     317.571.4458 (F)


--

CONFIDENTIAL DEFTS RESP0018759