UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00320-JMS-DML |
| | ) |
| CARMEL CLAY SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

## Order on Plaintiff's Motion for Conference on Mr. Lawrence's Motion to Quash

The plaintiff asks the court to set a conference based on "information [that] has come to [her] attention related to the Declarations filed by Mr. Lawrence" in support of his motion to quash subpoena. *See* Dkt. 106 at p. 1. The court DENIES the motion for conference (Dkt. 106) but allows the plaintiff to file a sur-reply on the motion to quash subpoena. Any sur-reply must be filed by **Friday, May 7, 2021**, and may include the "information," supported by affidavits or other evidence she wishes the court to consider.

So ORDERED.

Dated: May 4, 2021

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system