> Granted in part and denied in part.  The liability discovery deadline is extended to July 30, 2021.  The summary judgment deadline is extended to August 30, 2021.  The trial date remains unchanged.
> DML
> 5/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:20-cv-00320-JMS-DML |
| | ) |
| CARMEL CLAY SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

MOTION TO AMEND CASE MANAGEMENT PLAN
TO EXTEND LIABILITY DISCOVERY DEADLINE ONLY

Comes now Plaintiff Gabriela Nieves, by counsel, and respectfully moves the Court to amend the Case Management Plan to extend the liability discovery deadline only, and in support of her Motion, Ms. Nieves states as follows:

1. This case is scheduled for a jury trial beginning on March 21, 2022. The final pretrial conference is scheduled for February 25, 2022. [Dkt. 88.]

2. The current deadline for discovery relating to liability issues is June 30, 2021. This is tied to the dispositive motion deadline of July 16, 2021. [Dkt. 74.]

3. Ms. Nieves requests an additional 3 months to complete liability discovery, extending the deadline to September 30, 2021.

4. Ms. Nieves is <u>not</u> seeking an extension of the dispositive motion deadline, but neither does she waive any arguments she may have under Fed. R. Civ. P. 56(d).

5. Ms. Nieves does not seek any extension that is expected to affect the ability of the parties to be ready for trial by this date and is <u>not</u> seeking a continuance of the trial date.