UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GABRIELA NIEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No:  1:20-cv-00320-JMS-DML |
| | ) | |
| CARMEL CLAY SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

**NON-PARTY RAYMOND M. LAWRENCE'S MOTION TO SEAL DECLARATIONS**

Non-Party Raymond M. Lawrence, by counsel, respectfully requests that the Court

file under seal the four Declarations associated with the briefing on *Non-Party Raymond M.*

*Lawrence's Motion to Quash Subpoena to Testify at a Deposition in a Civil Action* ("Motion to

Quash"). In support of this Motion, Mr. Lawrence states as follows:

1.      Because the Declarations submitted as part of the briefing on Mr. Lawrence's

Motion to Quash in this case provide information of "miniscule" relevance to these case, but

include incredibly sensitive, disputed, and potentially legally perilous information related to

Mr. Lawrence, sufficient good cause exists for placing each of these Exhibits under seal in

their entirety. [Dkt. 112 at 8].

2.      On March 30, 2021, Plaintiff Gabriela Nieves, by counsel, served the *Subpoena*

*to Testify at a Deposition in a Civil Action* and *Memorandum* ("Subpoena") in this case on Mr.

Lawrence. [Dkt. 98-1].

3.      On April 13, 2021, Mr. Lawrence filed his *Motion to Quash Subpoena to Testify at*

*a Deposition in a Civil Action* and *Memorandum*. [Dkts. 97–98]. This Motion included as Exhibit

B the Declaration of Raymond M. Lawrence in Support of Motion to Quash Subpoena to Testify at a Deposition in a Civil Action. [Dkt. 98-2].

4.      On April 19, 2021, Ms. Nieves filed her *Response in Opposition to Ray Lawrence's Motion to Quash*. [Dkt. 102].

5.      On April 26, 2021, Mr. Lawrence filed his *Reply in Support of Motion to Quash Subpoena to Testify at a Deposition in a Civil Action*. [Dkt. 105]. This Reply included as Exhibit C the Supplemental Declaration of Non-Party Raymond M. Lawrence in Support of Motion to Quash Subpoena to Testify at a Deposition in a Civil Action. [Dkt. 105-1].

6.      On May 7, 2021, Ms. Nieves filed her *Sur-Reply in Support of Her Response in Opposition to Non-Party Ray Lawrence's Motion to Quash*. [Dkt. 110]. This Sur-Reply included as Exhibit A the Affidavit of Jane Doe. [Dkt. 110-1].

7.      On May 12, 2021, Mr. Lawrence filed his *Non-Party Raymond Mr. Lawrence's Motion for Leave Sur-Surreply in Support of Motion to Quash Subpoena* ("Sur-Surreply) [Dkt. 111], which the Court granted on May 14, 2021. [Dkts. 112, 113]. Mr. Lawrence's Sur-Surreply included as Exhibit G the Second Supplemental Declaration of Raymond M. Lawrence in Support of Motion to Quash Subpoena. [Dkt. 111-2].

8.      On May 14, 2021, the Court issued its *Order on Non-Party Ray Lawrence's Motion to Quash Deposition Subpoena* Duces Tecum ("Order"), quashing the Subpoena in its entirety. [Dkt. 112].

9.      As the factual assertions in the filings related to Mr. Lawrence's Motion to Quash "do nothing to advance the pertinent issues in this case" [Dkt. 112 at 10], neither do these Exhibits.

10.     This completely irrelevant, extremely sensitive, and potentially perilous information should qualify as "other information that is personal and sensitive to the individual parties or other individuals" under the *Uniform Stipulated Protective Order* that this Court previous entered in this case. [Dkt. 59 at 1].

11.     Even if the *Uniform Stipulated Protective Order*'s protections are inapplicable to these Exhibits, good cause for placing these Exhibits under seal exists based on their lack of any relevance to this case and their incredibly sensitive nature.

12.     Mr. Lawrence has also filed cover sheets for each of these Exhibits contemporaneously with this Motion, but since he seeks to file these Exhibits under seal in their entirety, he has not included a public version of these Exhibits with this Motion. However, if the Court denies Mr. Lawrence's request that these documents be sealed in their entirety, he respectfully requests an opportunity to provide a public version of these Exhibits.

13.     Defendant Carmel Clay Schools has no objection to the sealing of these Exhibits in their entirety per Jane Doe's request that her privacy and identity be protected.

14.     It is Mr. Lawrence's understanding that as of May 21, 2021, Plaintiff objects to placing the Declarations under seal.

15.     Mr. Lawrence therefore respectfully requests that the Court direct the Clerk to file each of these Exhibits under seal in their entirety. [Dkts. 98-2, 105-1, 110-1, 111-2].

WHEREFORE, in light of the arguments presented in this Motion and its accompany Memorandum filed contemporaneously with this Motion, Non-Party Raymond

M. Lawrence, by counsel, respectfully requests that the Court direct the Clerk to file

following Declarations under seal in their entirety:

(a) Dkt. 98-2: Declaration of Raymond M. Lawrence in Support of Motion to Quash Subpoena to Testify at a Deposition in a Civil Action, Exhibit B to *Non-Party Raymond M. Lawrence's Motion to Quash Subpoena to Testify at a Deposition in a Civil Action*;

(b) Dkt. 105-1: Supplemental Declaration of Non-Party Raymond M. Lawrence in Support of Motion to Quash Subpoena to Testify at a Deposition in a Civil Action, Exhibit C to *Non-Party Raymond M. Lawrence's Reply in Support of Motion to Quash Subpoena to Testify at a Deposition in a Civil Action*;

(c) Dkt. 110-1: Affidavit of Jane Doe, Exhibit A to *Plaintiff's Sur-Reply in Support of Her Response in Opposition to Non Party Ray Lawrence's Motion to Quash*; and

(d) Dkt. 111-2: Second Supplemental Declaration of Raymond M. Lawrence in Support of Motion to Quash Subpoena, Exhibit G to *Non-Party Raymond Mr. Lawrence's Sur-Surreply in Support of Motion to Quash Subpoena.*

Mr. Lawrence further requests all other just and proper relief.

Respectfully submitted,

s/ Sandra L. Blevins
Sandra L. Blevins, Atty. No. 19646-49
Courtney E. Endwright, Atty. No. 30557-49

*Attorneys for Nonparty Raymond M. Lawrence*

BETZ + BLEVINS
One Indiana Square, Suite 1660
Indianapolis, Indiana  46204
Office: (317) 687-2222
Fax: (317) 687-2221
E-mail: litigation@betzadvocates.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ Sandra L. Blevins_
Sandra L. Blevins

BETZ + BLEVINS
One Indiana Square, Suite 1660
Indianapolis, Indiana  46204
Office: (317) 687-2222
Fax: (317) 687-2221
E-mail:  litigation@betzadvocates.com