UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GABRIELA NIEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00320-JMS-DML |
| | ) |
| CARMEL CLAY SCHOOLS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## Order on Non-Party's Motion to Seal

Non-party Ray Lawrence seeks to seal affidavits that were filed in connection with his motion to quash subpoena; three are his own affidavits. He contends that the affidavits should be sealed because they contain "sensitive, disputed, and potentially legally perilous" information that the court found has minimal relevance to the claims in this case.

Information that affects the disposition of contested matters is presumptively open to the public unless it fits the category of a trade secret or other matter of "bona fide long-term confidentiality." *See Bond v. Utreras,* 585 F.3d 1061, 1075 (7th Cir. 2009). The presumption of public access applies here and neither exception fits; the court evaluated the information in the affidavits both for purposes of resolving the motion to quash and resolving a satellite issue about certain contents of some of the affidavits. Further, in the court's review, most of the documents sought to be sealed—the three proponent affidavits—do not contain highly sensitive information. With respect to the remaining affidavit, the information about which Mr. Lawrence

objects appears in other places and thus sealing the affidavit does not provide the relief he seeks.

For these reasons, Mr. Lawrence's motion to seal (Dkt. 116) is DENIED.

So ORDERED.

Dated: June 1, 2021

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system