UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GABRIELA NIEVES,

        Plaintiff,

v.

                                        Case No: 1:20-cv-00320-JMS-DML

CARMEL CLAY SCHOOLS,

        Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Gabriela Nieves, and Defendant, Carmel Clay Schools, by their respective undersigned counsel, hereby stipulate to the dismissal of all claims in this matter, with prejudice, each party to bear its own costs and attorneys' fees.

Date: June 4, 2021

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| */s/ Jonathan Little\** | */s/ Jessica Williams Schnelker* |
| Jonathan Little, Atty. No. 27421-49 | Jessica Williams Schnelker, Atty. No. 31566-49 |
| Jessica Wegg, Atty. No. 28693-49 | Liberty L. Roberts, Atty. No. 23107-49 |
| Gaby Olshemski, Atty. No. 36467-49 | CHURCH CHURCH HITTLE + ANTRIM |
| Annemarie Alonso, Atty. No. 30506-06 | Two North Ninth Street |
| SAEED & LITTLE, LLP | Noblesville, IN 46060 |
| #189 – 133 W. Market St. | |
| Indianapolis, IN 46204 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

*\*with email permission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June, 2021, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system.

| | |
|---|---|
| Jonathan Little<br>Jessica Wegg<br>Gaby Olshemski<br>Annemarie Alonso<br>SAEED & LITTLE, LLP<br>#189 – 133 W. Market St.<br>Indianapolis, IN 46204<br>T: 317-721-9214<br>Email: jon@sllawfirm.com<br>Email: jessica@sllawfirm.com<br>Email: gaby@sllawfirm.com<br>Email: annie@sllawfirm.com<br><br>*Attorneys for Plaintiff* | Sandra L. Blevins<br>Courtney E. Endwright<br>BETZ & BLEVINS<br>One Indiana Square, Suite 1660<br>Indianapolis, IN 46204<br>T: 317-687-2222<br>litigation@betzadvocates.com<br><br>*Attorneys for Non-Party Raymond Lawrence* |

*/s/ Jessica Williams Schnelker*

Liberty L. Roberts
Jessica Williams Schnelker
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
T: (317)773-2190 / F: (317)773-5320
LRoberts@cchalaw.com
JSchnelker@cchalaw.com