UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GABRIELA NIEVES,

        Plaintiff,

v.

CARMEL CLAY SCHOOLS,

        Defendant.

Case No: 1:20-cv-00320-JMS-DML

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Gabriela Nieves, and Defendant, Carmel Clay Schools, having stipulated and agreed to the dismissal of this cause with prejudice, and the Court having reviewed said stipulation and being otherwise duly advised finds the stipulation to be proper and that this cause should be dismissed.

IT IS THEREFORE ORDERED that the above cause of action is hereby dismissed with prejudice. The parties shall bear their own costs and attorneys' fees [119].

Date: 6/7/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

COPIES TO:

All Electronically Registered Counsel through the Court Electronic filing system